# United States District Court
## Southern District of Texas
### Corpus Christi Division

United States District Court
Southern District of Texas
FILED

JAN 03 2000

Michael N. Milby, Clerk

Nina Mae Deal
Johnnie W. Deal

vs.

American Fidelity & Liberty
Insurance Company

No. **C-00-001**

[Jury Requested]

## COMPLAINT

**To the Honorable Court:**

Nina Mae Deal and Johnnie W. Deal ("Deals") respectfully file this Complaint against American Fidelity & Liberty Insurance Company ("Defendant").

### Defendant

1. Defendant is an insurance company incorporated under the laws of a state other than Texas and with its principal place of business in Pennsylvania.

### Jurisdiction

2. Complete diversity jurisdiction exists. Plaintiffs are citizens of Texas. Defendant is both incorporated and has its principal place of business in state(s) other than Texas. Exhibit A. The amount in controversy including exemplary damages exceeds $75,000.

### Factual Summary

3. The Deals are an elderly couple.

4. The Deals paid $9,607.10 for Long Term Care Insurance Policies.  Exhibits B & C.

5. The policies are issued under the name Dallas General Life Insurance Company.

6. However, the real insurance company in interest from the start was Defendant:

    A.  The applications had Defendant's phone number (Exhibits B & C, 4th Page).

    B.  The insurance cards had Defendant's address and phone number (Exhibit D).

    C.  The insurance polices are identified as LTC-4 Polices, and Defendant identifies its Comprehensive Long Term Care Policy as LTC-4 (Exhibits B, C, & E).

1

D.  The Requests for Policy Changes forms accompanying the original policies (Exhibit I) have Defendant's address and phone number.

E.  The Requests for Policy Changes forms accompanying the original policies state: "[T[hese changes shall not take effect unless this form is received and approved by American Fidelity & Liberty Insurance Company" (Exhibit I).

7. Further, Defendant actually handled the Deals' claims in question:

A.  The denial notice has Defendant's address and phone number (Exhibit F)

B.  A claim form came in envelop with Defendant's name and address (Exhibit G).

C.  A claim form had Defendant's name, address, and phone number (Exhibit G).

D.  Another claim form had Defendant's address and phone number (Exhibit H).

E.  The Deals' actually dealt with Defendant on the claim in question (Exhibits G & H).

8. Defendant reinsured or otherwise effectively carried the "risk" at issue from the start.

9. Defendant handled the underwriting and claims from the start.

10. Dallas General Life Insurance Company is undercapitalized, and Dallas General Life Insurance Company is subject to regulatory action by the State of Texas.

11. Dallas General Life Insurance Company acted essentially as a marketing agent for Defendant, as an alter ego for Defendant, or as a strawman for Defendant.

12. Alternatively, Defendant acted as an agent for Dallas General Life Insurance Company, and Defendant is liable for its fraudulent acts while acting as agent.

13. Defendant may have contractual liability to the Deals as the actual insurer. Alternatively, Defendant may have contractual liability to the Deals under a "reinsurance agreement" (the Deals may be third-party beneficiaries). Further, Defendant may have liability to the Deals under the Texas Insurance Code. Thus, the Deals may at a future time request Court leave to amend their Complaint to add claims under contract law or the Texas Insurance Code.

14. Regardless, Defendant has liability for its fraud that it committed on the Deals causing damage to the Deals whether Defendant acted as an agent, a reinsurer, or otherwise.

## **Fraud**

16. The policy covers Home Health Care by an Approved Health Care Practitioner up to $90 per day for up to a life time. The policy is renewable annually as a matter of right.

2

17. The Deals have a care provider who they trust and feel comfortable with. The Deals are not willing to change care providers. The Deals' care provider is very capable, and she is trained by experience or otherwise in accordance with existing standards in their community. She is economical and in no sense is her employment anything but beneficial to Defendant.

18. Defendant misrepresented the terms of the insurance polices to the Deals. Specifically, "Sherry" with Defendant in denying the Deals' claim misrepresented that:

> [The home health provider] must be either certified or under the supervision of a "certified health care" person (Exhibit F).

19. When the Deals questioned denial of their claim, Defendant through one of its agents became very belligerent and insulting and ugly. The Deals obtained no relief from supervisors.

20. Actually, the policy defines "Approved Health Care Practitioner" as:

> ... home health aide. A home health aide must be certified or **otherwise properly trained in accordance with existing standards in the jurisdiction where Home Health Care is provided**.... (Exhibits B & C, Page 5).

21. Further, to the extent training is necessary, the policy specifically has a "Caregiver Training Benefit" to provide for any necessary training (Exhibits B & C, Pages 3 & 10).

22. "Caregiver Training" is defined as:

> training provided by a Home Health Care Agency, Nursing Home, or hospital to an individual to enable them to be Your, Informal Caregiver, and provide the necessary care for You at Your home (Exhibits B & C, Page 5).

23. Defendant misrepresented the terms of the policy with fraudulent intent to avoid paying the Deals insurance benefits due to them under the contract. Defendant made the misrepresentation as a factual representation not as an opinion. Further, Defendant made the misrepresentation while having superior knowledge of law and the policy terms. The Deals reasonably relied on Defendant's misrepresentation and suffered damages as a result.

24. Further, Defendant failed to disclose a relevant policy term when circumstances required disclosure to induce the Deals to forfeit insurance benefits due to them. Defendant failed to disclose this while having superior knowledge of law and the policy terms. The Deals reasonably relied on Defendant and suffered damages as a result.

26. Further, Defendant marketed Long Term Health Care Insurance to the Deals through agents, alter egos, or strawmen including Dallas Life Insurance Company while not intending to keep its promises in its insurance policies. Defendant in its video on its web site promises agents increased earnings for selling its long term care polices. Defendant on its web site emphasizes trust, integrity, and peace of mind – all false promises. Defendant made false promises. The Deals relied on Defendant's false promises made in policy terms and made through agents or subagents and suffered damages as a result.

27. The Deals should recover their actual damages including refund of their premiums. Defendant acted with culpability sufficient for exemplary damages. The Deals should recover exemplary damages. Defendant committed "theft" so no cap exists on exemplary damages.

<b><u>Conditions Precedent</u></b>

28. All conditions precedent have been performed or have occurred.

<b><u>Conclusion</u></b>

29. The Court should grant all relief requested including actual and exemplary damages. Also, the Court should grant court costs, prejudgment interest, and post-judgment interest.

**Respectfully Submitted,**

_____
**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **NINA MAE DEAL** AND **JOHNNIE W. DEAL**

Information current through 12-28-1999
Database Updated: 12-31-1999

Update Frequency: DAILY

Source: SECRETARY OF STATE

Search DUNBR to retrieve list of available Dun & Bradstreet Reports

Name: AMERICAN FIDELITY & LIBERTY INSURANCE COMPANY

Phone: (215)918-0515

Mailing Address: 1800 STREET ROAD

WARRINGTON PA 18976

Agent Name: PRENTICE-HALL CORPORATION SYSTEM, INC.

Title: Attorney for Service

Address: 800 BRAZOS

AUSTIN TX 78701

Name: ALOYSIUS JOSEPH ABEL III

Title: PRESIDENT

Name: MICHEAL MARTIN SCHRATZ

Title: SECRETARY

Type: FOREIGN STOCK CASUALTY INSURANCE COMPANY

Date of Incorporation: Date of Authorization 08-19-1987

Date of license 12-16-1994

Status: ACTIVE SINCE 08-19-1987

State ID Number: 094425

*Exhibit A*

...it...ID...1 & PI T--CI ID...QRYRI T946851408469&RT=SRCH&RecreatePath=search%2Fdefi1/2/00

Assets: $25,427,343

Capital: $2,500,000

Net Surplus: $3,071,716

Coverages: ACCIDENT

Coverages: HEALTH

Coverages: REINSURANCE


FOR DOCUMENT ORDERING, CALL (800) 882-
5567 TO ORDER ORIGINAL FILINGS AND OTHER

 RELATED DOCUMENTS.


END OF DOCUMENT

Copr. (C) West 1999 No Claim to Orig. U.S. Govt. Works

# DALLAS GENERAL LIFE INSURANCE COMPANY

## DALLAS, TEXAS

MAILING ADDRESS
P.O. BOX 1080 - DALLAS, TEXAS  75221
1-800-327-9961

## CONSIDERATION / EFFECTIVE DATE

We agree to insure You for the benefits stated in this policy in consideration of the application received and the payment of the premium, subject to all of the terms, definitions, provisions, limitations and exclusions contained herein.  Upon approval of Your application, coverage will begin and end on 12:01 a.m., Standard Time, at Your residence.

If You die while insured under the policy, We will refund the part of any premium paid for the period after Your death.  The refund will be made within 30 days of Our receipt of written notice of Your death. It will be paid to Your estate.

## GUARANTEED RENEWABLE FOR LIFE / PREMIUMS SUBJECT TO CHANGE

This policy is guaranteed renewable for Your lifetime, subject to the policy maximums.  It may be kept in force by the timely payment of premiums.  We cannot refuse to renew this policy as long as You pay the premiums. We can change the renewal premium rates.  We can only change them if they are changed for all policies in Your state on this Policy Form.  Renewal premiums due after a change is implemented will be based on the new rate. Notice of any change in rates will be sent at least 31 days in advance.

## 30 DAY REVIEW PERIOD

**NOTICE TO BUYER:**  You may surrender this policy of Long-Term Care Insurance without penalty or obligation within 30 days from the date of delivery of this policy.  If You decide to surrender this policy, You must provide notice of the surrender to Us. Any attempt to obtain a waiver of Your right to surrender is unlawful.  Surrender entitles You to a refund of all moneys within 30 business days after receipt of notice of surrender.

**CAUTION: The issuance of this Long-Term Care policy is based upon Your response to the questions on Your application.  A copy of Your application is enclosed.  If Your answers are incorrect or untrue, We may have the right to deny benefits or rescind Your policy.  The best time to clear up any questions is now, before a claim arises!  If, for any reason, any of Your answers are not correct, contact Us at this address: P.O. Box 1080, Dallas, TX 75221.**

**NOTICE TO BUYER:  This policy may not cover all of the cost associated with Long-Term Care incurred by the  policyholder during the period of coverage. The  policyholder is advised to review carefully all policy limitations.  In addition, the policyholder is advised that based on current health care cost trends, the benefits provided by this policy may be significantly diminished in terms of real value to the policyholder, depending on the amount of time which elapses between the date of purchase and the date upon which the policyholder first becomes eligible for those benefits.**

This policy is not a Medicare Supplement Policy.  It is not designed to fill the 'gaps' of Medicare.  If You are eligible for Medicare, review the Medicare Supplement Buyer's Guide available from Us.

### TABLE OF CONTENTS

| | | Page |
|---|---|---|
| 1. | DEFINITIONS | 5 - 8 |
| 2. | BENEFIT PROVISIONS | 8 - 10 |
| 3. | LIMITATIONS and EXCLUSIONS | 10, 11 |
| 4. | ADDITIONAL FEATURES | 11,12 |
| 5. | CLAIMS | 12 |
| 6. | GENERAL PROVISIONS | 12, 13 |
| | GENERAL CONTRACT PROVISIONS | 13, 14 |

TC-4                     **LONG-TERM CARE INSURANCE POLICY**

# Notice Of Toll- Free Telephone Numbers
## And
## Information And Complaint Procedures

| | |
|---|---|
| 1   IMPORTANT NOTICE | 1.   AVISO IMPORTANTE |
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja: |
| 2.   You may contact your agent at (214) 880-0808. | 2.   Puede comunicarse con su agent at (214) 880-0808 |
| 3.   You may call Dallas General Life Insurance Company toll-free telephone number for information or to make a complaint at 1-800-327-9961 | 3.   Usted puede llamar al numero de telefono gratis de Dallas General Life Insurance Company para informacion of para someter una queja al 1-800-327-9961 |
| 4.   You may also write to Dallas General Life Insurance Company at: P.O. Box 1080, Dallas, Texas 75201. | 4.   Usted tambien puede escribir a Dallas General Life Insurance Company: P.O. Box 1080, Dallas, Texas 75201. |
| 5.   You may contact the Texas Department of Insurance to obtain information on companies, coverage's, rights or complaints at 1-800-252-3439 | 5.   Puede communicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al 1-800-252-3439 |
| 6.   You may write the Texas Department of Insurance P.O. Box 149104 Austin, TX 78714-9104 FAX #(512) 475-1771 | 6.   Puede escribir al Departamento de Seguros de Texas P.O. Box 149104 Austin, TX 78714-9104 FAX #(512) 475-1771 |
| 7.   PREMIUM OR CLAIM DISPUTES: Should you have a dispute concerning your premium or about a claim you should contact the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance. | 7.   DISPUTAS SOBRE PRIMAS O RECLAMOS: Si tiene una disputa concerniente a su prima o a un reclamo, debe communicarse con el compania primero. Si no se resuelve la disputa, puede entonces communicarse con el departamento (TDI). |
| 8.   ATTACH THIS NOTICE TO YOUR POLICY: This notice is for information only and does not become a part or condition of the attached document. | 8.   UNA ESTE AVISO A SU POLIZA: Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto. |

## POLICY SCHEDULE

This Policy Schedule provides You with specific information about the product
You selected. It tells You which benefits You chose and how much they will cost
General Policy information is also provided.

### LONG TERM CARE BENEFITS

NURSING HOME
    MAXIMUM DAILY BENEFIT ........................................ $90.00
    ELIMINATION PERIOD ........................................... 0 DAYS

HOME HEALTH CARE
    MAXIMUM DAILY BENEFIT ........................................ $90.00
    ELIMINATION PERIOD ........................................... 0 DAYS


LONG TERM CARE MAXIMUM BENEFIT PERIOD......................... LIFETIME

### ADDITIONAL BENEFITS

ADULT DAY CARE
    MAXIMUM DAILY BENEFIT ........................................ $45.00
    ELIMINATION PERIOD ........................................... 0 DAYS
    MAXIMUM BENEFIT PERIOD ....................................... 365 DAYS

HOSPICE SERVICE
    MAXIMUM DAILY BENEFIT ........................................ $45.00
    ELIMINATION PERIOD ........................................... 0 DAYS
    MAXIMUM BENEFIT PERIOD ....................................... 100 DAYS

ASSISTED LIVING FACILITY BENEFITS ............................ <u>INCLUDED</u>

BED RESERVATION ............................................. <u>INCLUDED</u>
Reasonable charge up to Nursing Home Care Daily Maximum Benefit
30 days per calendar year Maximum Benefit

CAREGIVER TRAINING BENEFIT .................................. <u>INCLUDED</u>
Reasonable Charge up to five times the Home Health Care Daily
Maximum Benefit

MEDIC ALERT BENEFIT ......................................... <u>INCLUDED</u>
Actual charge up to $25.00 per month. Payable as long as Home
Health Benefits continue

ALTERNATE PLAN OF CARE BENEFIT .............................. <u>INCLUDED</u>
RESPITE CARE BENEFIT ........................................ <u>INCLUDED</u>
RESTORATION OF BENEFITS ..................................... <u>INCLUDED</u>
WAIVER OF PREMIUM ........................................... <u>INCLUDED</u>

### OPTIONAL BENEFIT RIDER ISSUED
AUTOMATIC INCREASE BENEFIT RIDER ............................ <u>NOT INCLUDE</u>


### PREMIUM SUMMARY
TOTAL INITIAL PREMIUM ....................................... $3,435.10
MODE OF PAYMENT ............................................. ANNUAL
RENEWAL PREMIUM BASED ON MODE OF PAYMENT..................... $3,410.10

The premium shown above include premiums for any Riders issued
on the same date as the policy.

### GENERAL POLICY INFORMATION
    POLICY NUMBER ........................................... 32133
    EFFECTIVE DATE OF COVERAGE .............................. 01-01-99
    FIRST RENEWAL DATE ..................................... 01-01-00
    NAME OF INSURED ........................................ **NINA M. DEAL**
LTC 4 (TX)                                                  PAGE 3

Case 2:00-cv-00001   Document 1   Filed in TXSD on 01/03/2000   Page 10 of 62

| Home Office Use | Policy Number 3213 | Issued Date 1/1/99 | Renewal Date 1/1/00 | Code 7086-19 | Und. AR |

## Application to Dallas General Life Insurance Company

Long Term Care Service Center:  • P.O. Box 190 • Parkesburg, PA 19365

☑ NEW POLICY ☐ REINSTATEMENT
☐ ADD TO EXISTING POLICY NO. _____

### PLAN OF INSURANCE

☒ Long Term Care Daily Benefit Amount Applied for: ($10-$150)  $ 90

Benefit Period: ☐ 1 Year ☐ 2 Years ☐ 3 Years ☐ 4 Years ☐ 5 Years ☒ Lifetime
Elimination Period: ☒ 0 Days ☐ 20 Days ☐ 100 Days

Premium $ 3410.10

☒ Home Health Care/Adult Day Care Benefit Amount Applied for: ($10-$150)  90 per visit

Benefit Period: ☐ 1 Year ☐ 2 Years ☐ Other LIFE
Elimination Period: ☒ 0 Days ☐ 20 Days ☐ 100 Days

Policy Fee $ 25.00
Total Premium $ 3435.10

☐ Inflation Benefit                     Payment Mode: ☒ A ☐ SA ☐ Q ☐ M

| Name of Applicant NINA MAE DEAL | Social Security Number 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 |
| Address Rt. 3 Box 430 | Age 76 | Birthdate 10-23-22 |
| City CORPUS CHRISTI | County NUECES | State TX | Zip 78415 |
| Telephone 512-265-9397 AFTER Best time to call 8:00 AM/PM | Marital Status M | Sex F | Height 5'6" | Weight 224 |

| Physician DR. MARIA BLAZO | 5920 SARATOGA BLVD |
| Name | Address |
| CORPUS CHRISTI, TX | 78414 | 512-992-5253 |
| City/State | Zip Code | Telephone Number |

### PART I.

**A. WITHIN THE PAST FIVE YEARS HAVE YOU**

| | Yes | No |
|---|---|---|
| 1. Used to or been advised by a physician to make arrangements for the service of a nurse, home health care agency or home health aide in daily living? | ☐ | ☒ |
| 2. Required or used insulin for diabetes through the use of injections, an insulin pump implant or other device?.... | ☐ | ☒ |
| 3. Received any medical advice, treatment or consultation for: | Yes | No |
| a.) Emphysema, chronic lung disease or other obstructive lung disease, rheumatoid arthritis, internal cancer, including leukemia, Hodgkin's disease or melanoma? | ☐ | ☒ |
| b.) Alzheimer's disease, senile dementia, organic brain syndrome, mental disorders, alcoholism, drug addiction or cirrhosis of the liver? | ☐ | ☒ |
| c.) Parkinson's disease, multiple sclerosis, muscular dystrophy, Lou Gehrig's disease or other degenerative neuromuscular diseases? | ☐ | ☒ |
| d.) Pageis disease, osteomyelitis, osteoporosis or other degenerative bone diseases? | ☐ | ☒ |
| 4. Required kidney dialysis? | ☐ | ☒ |
| 5. Had a colostomy or suffered any gastrointestinal disorders? | ☐ | ☒ |
| 6. Suffered from a stroke? | ☐ | ☒ |
| 7. Have you ever been diagnosed or treated for Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex (ARC)? | ☐ | ☒ |
| 8. Do you use a walking aid or wheelchair; or have any type of amputation due to disease; or are completely or partially paralyzed; or are you bedridden; or are you blind? | Yes ☐ | No ☒ |
| 9. Been medically treated for heart disease of any kind including congestive heart failure? | ☐ | ☒ |
| 10. Had any medical treatment for any degenerative diseases of the eye, including glaucoma, other than cataracts?.. | ☒ | ☐ |
| 11. Had surgery or been medically advised to have surgery for any circulatory problems with the carotid arteries?.... | ☐ | ☒ |

**A. CURRENTLY**

| | Yes | No |
|---|---|---|
| 1. Are you receiving any type of oxygen therapy or have oxygen available at home? | ☐ | ☒ |
| 2. Are you receiving Medicaid assistance? | ☐ | ☒ |
| 3. Have you been medically advised that you should be confined to a bed, hospital or nursing facility? | ☐ | ☒ |

**C.** If answer is "yes" to any of the above questions, please supply complete details. Include name, address and date for any doctors consulted and name and address of hospitals and dates of confinement. If more space is needed, attach a separate sheet, signed by the applicant, and check this box. ☐

A-10 GLAUCOMA IS CONTROLLED WITH MEDICATON - DR. THOMAS DIETZ
5402 S. STAPLES, C.C. TEX

**Continued on Reverse Side**

**PART II.**

A. Within the past five years have you been confined to a hospital, mental health center, alcohol or drug rehabilitation center, nursing home, skilled nursing facility or intermediate or custodial care facility?  Yes ☐  No ☑

| Date Admitted | Date Released | Name and address of Hospital or Other Facility | Reason for Confinement |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

B. Are you taking or have you taken any prescription drugs within the past two years? If "yes", please list the drug and condition for which it was prescribed.  Yes ☑  No ☐

| Drug | Condition | Drug | Condition |
|---|---|---|---|
| CLONIDINE | BLOOD PRESSURE | | |
| AKARPINE | GLAUCOMA | | |
| BETAGAN | GLAUCOMA | | |

**PART III.**

**AGREEMENT:** I hereby agree that: (1) all statements and answers contained herein are full, complete and true to the best of my knowledge and belief; (2) the insurance hereby applied for will not be considered in force until a policy is issued and the full first premium is paid while I am alive and in good health and other conditions remain as described in this application; and (3) only an officer of the Company may change, waive or alter the terms and conditions of this application.

**AUTHORIZATION AND ACKNOWLEDGMENT:**

I authorize Dallas General Life Insurance Company or its reinsurers to obtain information as to the diagnosis or treatment of my physical or mental condition, and any other information needed in order to determine my eligibility for insurance. Upon presentation of this authorization or copy of it, they may obtain such information or records thereof from any physician, medical practitioner, hospital, clinic, veteran's hospital or other medical facility, insurance company or insurance support organization or other organization or person who has such information. I agree this authorization shall be valid for two and one half years from the dates shown below.

I acknowledge receipt of the Outline of Coverage for the policy applied for. If I am age 65 or older, I have also received "Guide to Health Insurance for People with Medicare."

I understand that I may be contacted by a representative of the Dallas General Life Insurance Company to verify my health history.

**CAUTION: IF YOUR ANSWERS ON THIS APPLICATION ARE INCORRECT OR UNTRUE, DALLAS GENERAL LIFE INSURANCE COMPANY MAY HAVE THE RIGHT TO DENY BENEFITS OR RESCIND YOUR POLICY.**

Dated: 12-29-98  at CORPUS CHRISTI, TX   X _Nina Mae Deal_
Signature of Applicant

X _Joyce Michal_   _JOYCE MICHAL_   _50048_
Signature of Agent   Name of Agent (PRINT)   Agent No.

**PART IV.**

**AGENT'S REPORT (must be completed and signed)**

1. Did you personally interview proposed insured/applicant and witness his/her signature?   Yes ☑  No ☐
2. Did you observe any physical or mental impairments with regard to walking or speaking or any form of tremor?   Yes ☐  No ☑
   If yes, explain _____
3. Does the applicant live alone?   Yes ☐  No ☑
4. If there is a spouse, is he/she also applying?   Yes ☑  No ☐  If no, why? _____
5. Type of dwelling:   Private Home ✓   Apartment ____   Mobile Home ____   Retirement Home ____
6. Have you any unfavorable information regarding the health/habits or home surrounding of the person proposed for insurance in this application?   Yes ☐  No ☑
   If yes, explain _____
7. Did you review the current accident health insurance coverage of the applicant and find that additional coverage of the type and amount applied for is appropriate for the applicant's needs?   Yes ☐  No ☑
8. Do you have reason to believe that the coverage applied for will replace or change any other coverage in this or any other company?   Yes ☐  No ☑

I verify that I have truly accurately recorded on this application the information supplied by the applicant.

_Joyce Michal_   _12/29/98_
Signature of Licensed Resident Agent   Date

**APP (TX)**

HOME
OFFICE USE:   Policy Number _____ *32133* _____ Und. _____ *AR* _____

## Supplemental Application to Form App(TX)

# DALLAS GENERAL LIFE INSURANCE COMPANY

Long Term Care Service Center: P.O. Box 190 • Parkesburg, PA 19365 • 1-800-659-9206

---

### PART I.  TO BE COMPLETED BY APPLICANT:

1. APPLICANTS NAME _____ *NINA MAE DEAL* _____

|  |  | YES | NO |
|---|---|---|---|
| 2. Do you have another long term care insurance policy or certificate in force including a health care service contract or a health maintenance organization contract? . . . . . . . . . . . . . . . . . . | | ❏ | ☑ |
| 3. Did you have another long term care insurance policy or certificate in force during the last 12 months. | | ❏ | ☑ |
| 4. Do you intend to replace any of your medical or health insurance coverage with this policy ? . . . . . . | | ❏ | ☑ |

If answer is "Yes" to any of the above questions, supply details below. If more space is needed, attach a separate sheet signed by the applicant and check this box. ❏

| Name of Company | Policy Number | Annual Premium | Status Lapsed | Status Applied | Status In Force | When? (Mo Day Year) | Type & Amount of Benefit | To be Replaced by this Coverage? |
|---|---|---|---|---|---|---|---|---|
| _____ | _____ | $ _____ | ❏ | ❏ | ❏ | _____ | _____ | ❏ Yes ❏ No |
| _____ | _____ | $ _____ | ❏ | ❏ | ❏ | _____ | _____ | ❏ Yes ❏ No |
| _____ | _____ | $ _____ | ❏ | ❏ | ❏ | _____ | _____ | ❏ Yes ❏ No |

5. Are you covered under Medicaid? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ❏ Yes ☑ No

If you are eligible for or covered by Medicaid you may not need to purchase the policy since it may duplicate benefits

---

### PART II.  REJECTION OF COMPOUND INFLATION PROTECTION.

☑ I have reviewed the outline of coverage and the graph that compares the benefits and premiums of this policy with and without the Compound Automatic Inflation Benefit rider and hereby reject inflation protection. I realize that based on current health care cost trends, the benefits provided by a long term care plan which does not have meaningful inflation protection may be significantly diminished in terms of real value to me, depending on the amount of time which elapses between the date I purchase the policy and the date on which I first become eligible to use them.

---

### PART III.  PROTECTION AGAINST UNINTENTIONAL LAPSE.

I understand that I have the right to designate at least one person other than myself to receive notice of lapse or termination of this long term care policy for nonpayment of premium. I understand that notice will not be given until thirty (30) days after a premium is due and unpaid. I understand that I have the right to change the designated person(s) at any time and I will be notified annually of the right to change this designation.

☑ I have elected to designate the following person(s) to receive such notice.

Full Name _____ *MONTE DEAL* _____
Address _____ *Rt 3 Box 435, CORPUS CHRISTI, TX 78415* _____
Telephone Number _____ *512-265-9880* _____

❏ I elect NOT to designate any other person to receive such notice.

---

**APP-SUP**(TX)

## PART IV. SUITABILITY OF RECOMMENDED PURCHASE

1. Did the Agent explain your current and future financial obligations for sustaining this policy?   ☑Yes ☐ No
   If "YES" will you be able to sustain your future obligation indefinitely? . . . . . . . . . . . . . . . .   ☑Yes ☐ No
2. Did the Agent disclose to you the current range of cost of nursing home services, home health
   care and community based services in your area and how this policy will cover those costs? . .   ☑Yes ☐ No
3. Did the Agent disclose to you the average use of services covered by the policy applied for
   -- for example, the average length of stay in a nursing home? . . . . . . . . . . . . . . . . . . . . . . . .   ☑Yes ☐ No
4. Do you understand the various types of long term care coverage available including nursing
   home coverage, home health care coverage and comprehensive coverage?. . . . . . . . . . . . . . .   ☑Yes ☐ No

## PART V.

I have read the above answers and statements and declare that they are true and complete to the best of my knowledge and belief.

I understand and agree that the policy will not take effect unless and until it is issued by DALLAS GENERAL LIFE INSURANCE COMPANY, subject to the terms of the Conditional Premium Receipt if I submitted premium with this application, and that no agent has the authority to waive any questions or determine insurability. I FURTHER UNDERSTAND THAT FAILURE TO REVEAL COMPLETE INFORMATION ABOUT EXISTING HEALTH CONDITIONS MAY MAKE MY POLICY, IF ISSUED, NULL AND VOID.

**CAUTION: If Your answers on this supplemental application are incorrect or untrue, DALLAS GENERAL LIFE INSURANCE COMPANY may have the right to deny benefits or rescind Your Policy.**

Dated at: _CORPUS CHRISTI, TX._   _12/29/98_  x _Nina Mae Deal_
Signature of Applicant

## PART VI. TO BE COMPLETED BY AGENT:

1. List all other health insurance policies which you have sold to the applicant that are <u>still in force</u> .
   Company___*None*___   Type and Amount of Benefit_____
   Company_____   Type and Amount of Benefit_____
   Company_____   Type and Amount of Benefit_____
2. List all other health insurance policies which you have sold to the applicant in the past 5 years which are <u>no</u> longer in force.
   Company___*None*___   Type and Amount of Benefit_____
   Company_____   Type and Amount of Benefit_____
   Company_____   Type and Amount of Benefit_____

I have reviewed the current accident and health insurance coverage of the applicant and find that the indicated replacement, or the additional coverage of the type and the amount applied for, is appropriate for the applicant's needs.

x _Joyce Michal_        Date _12/29/98_
Signature of Licensed Resident Agent

_JOYCE MICHAL_          _50048_
Name of Agent (Print)        Agent No.

APP-SUP(TX)

## IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE TEXAS LIFE, ACCIDENT, HEALTH AND HOSPITAL SERVICE INSURANCE GUARANTY ASSOCIATION

Texas law establishes a system, administered by the Texas Life, Accident, Health and Hospital Service Insurance Guaranty Association ("Association"), to protect policyholders if their life or health insurance company fails to or cannot meet its contractual obligations. Only the policyholders or insurance companies which are members of the Association are eligible for this protection. However, even if a company is a member of the Association, protection is limited and policyholders must meet certain guidelines to qualify. (The law is found in the Texas Insurance Code, Article 21, 28-D.)

**BECAUSE OF STATUTORY LIMITATIONS ON POLICYHOLDERS PROTECTION, IT IS POSSIBLE THAT THE ASSOCIATION MAY NOT COVER YOUR POLICY OR MAY NOT COVER YOUR POLICY IN FULL.**

### Eligibility for Protection by the Association

When an insurance company which is a member of the Association is designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:

▶ **residents of Texas** at the time that their insurance company is impaired

▶ **residents of other states,** ONLY if the following conditions are met:

1) The policyholder has a policy with a company based in Texas;
2) The company has never heal a license in the policyholder's states of residence;
3) The policyholder's state of residence has a similar guaranty association; and
4) The policyholder is not eligible for coverage by the guaranty association of the policyholder's state of residence.

### Limits of Protection by the Association

*Accident, Accident and Health, or Health Insurance:*

▶ up to a total of $200,000 for one or more policies for each individual covered.

*Life Insurance:*

▶ net cash surrender value up to a total of $100,000 under one or more policies on any one life; or

▶ death benefits up to a total of $300,000 under one or more policies on any one life.

*Individual Annuities:*

▶ net cash surrender amount up to a total of $100,000 under one or more policies owned by one contractholder.

*Group Annuities:*

▶ net cash surrender amount up to $100,000 in allocated benefits under one or more policies owned by one contractholder; or

▶ net cash surrender amount up to $5,000,000 in unallocated benefits under one contractholder regardless of the number of contracts.

**THE INSURANCE COMPANY AND ITS AGENTS ARE PROHIBITED BY LAW FROM USING THE EXISTENCE OF THE ASSOCIATION FOR THE PURPOSE OF SALES, SOLICITATION, OR INDUCEMENT TO PURCHASE ANY FORM OF INSURANCE.**

**When you are selecting an insurance company, you should not rely on coverage by the Association.**

Texas Life, Accident , Health and Hospital
Service Insurance Guaranty Association
301 Congress, Suite 500
Austin, Texas 78701
800-982-6362

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
800-252-3439

## SECTION I: DEFINITIONS OF IMPORTANT WORDS AND TERMS

**This section provides the meaning of special words and terms that are used throughout this Policy. To help You recognize these special words and terms, the first letter of each word or term is capitalized wherever they appear in Your Policy.**

**ACTIVITIES OF DAILY LIVING (ADL's)** are: **eating** (consuming nourishment, or utilizing utensils appropriate for the persons physical condition and which are placed within reach); **dressing** (Putting on and taking off all necessary items of clothing including Medically Necessary braces or artificial limbs.); **bathing** (washing Yourself on a routine basis in the bathtub, shower or by sponge bath and including rebandaging of sores and wounds. Getting in and out the bathtub or shower, utilizing normal bathroom facilities that have been equipped with railings and steps); **toileting** (maintaining a reasonable level of associated personal hygiene); **transferring to or from bed or chair** (getting from a bed to a chair or a chair to a bed); **mobility** (walking with or without the assistance of a mechanical device, such as a wheelchair, braces, walker, cane or other walking aid device; **continence** (ability to control bowel and bladder functions voluntarily, or otherwise maintain a reasonable level of personal hygiene).

**ADULT DAY CARE** means a community based group program that provides health, social and related services in a facility which is licensed or certified by the state as an Adult Day Care center for impaired adults. It does not mean 24 hour care.

**ADULT DAY CARE CENTER** means an organization: (a) which provides a program of Adult day care; (b) which is 1) established and operated in accordance with state law; and 2) licensed by the state as an Adult Day Care Center; (c) whose staff includes 1) a full time director; and 2) one or more RN's , LPN's or LVN's in attendance at least 4 hours a day during operating hours; (d) which operates at least 5 days a week and operates a minimum of 5 hours per day and provides care for any one individual for no more than 12 hours per day; (e) which maintains a written medical record of medical services given to each individual; and (f) which has established procedures for obtaining appropriate medical emergency aid.

**APPROVED HOME HEALTH CARE PRACTITIONER** means a licensed registered nurse (RN), licensed practical nurse (LPN), licensed vocational nurse (LVN), licensed visiting nurse, certified chemotherapy nurse, certified enterostomal therapy nurse, certified infusion nurse, licensed physical therapist, licensed respiratory therapist, licensed speech therapist, licensed occupational therapist, licensed medical social worker, certified nurse assistant, or home health aide. A home health aide must be certified or otherwise properly trained in accordance with the existing standards in the jurisdiction where Home Health Care is provided. An Approved Home Health Care Practitioner may not be a member of Your Immediate Family.

**ASSISTED LIVING FACILITY** means a facility that: 1) is engaged primarily in providing ongoing care and related services to at least ten inpatients in one location; 2) provides 24 hour per day care and service sufficient to support needs resulting from the Inability To Perform Activities of Daily Living or Cognitive Impairment; 3) has an awake, trained and ready to respond employee on duty at all times to provide such care; 4) provides three meals a day and accommodates special dietary needs; 5) is licensed by the appropriate licensing agency in the state to provide such care; 6) has formal arrangements for the services of a Physician or Professional Nurse to furnish medical care in case of emergency; and 7) has appropriate methods and procedures for handling and administering drugs. An Assisted Living Facility does not mean an individual residence or independent living unit or apartment. If the facility has multiple licenses and/or multiple purposes, only the section, wing, ward or unit that specifically qualifies as an Assisted Living Facility will qualify.

**CAREGIVER TRAINING** means training provided by a Home Health Care Agency, Nursing Home, or hospital to an individual to enable them to be Your, Informal Caregiver and provide the necessary care for You at Your Home.

**COGNITIVE IMPAIRMENT** Deterioration or loss in Your intellectual capacity requiring continual supervision to protect Yourself and others; as established by clinical diagnosis of any licensed practitioner in this state authorized to make such a diagnosis.   Such diagnosis shall include Your history, and physical, neurological, psychological and/or psychiatric evaluation, and laboratory findings.

**CONFINED OR CONFINEMENT** means assigned to a bed and physically within a Nursing Home or Assisted Living Facility while coverage is in force.

**EFFECTIVE DATE OF COVERAGE**  the date when coverage starts under Your policy. It is shown on the Policy Schedule page.

**ELIMINATION PERIOD** means the period of time, stated in the Policy Schedule, for which You received Long Term Care and for which no benefits are payable, and, which must pass before benefits will be payable under this policy.   When benefits do begin, they will not be retroactive to the beginning of the Elimination Period.  The Elimination Period must be satisfied only once during Your lifetime.

**FUNCTIONAL CAPACITY**  means the inability to perform independently the Activities of Daily Living because of physical or Cognitive Impairment.

**HOME** means the place where You maintain independent residency.  Home does not mean a nursing facility, hospital or other institutional setting.

**HOME HEALTH CARE**  means medical and nonmedical services provided to ill, disabled or infirmed persons in their home.  Example of such services may include, but are not limited to, homemaker services, assistance with Activities of Daily Living, Adult Day Care and Respite Care Services.

**HOSPICE** means an autonomous, centrally administered, nurse-coordinated program operated pursuant to law.  It must be under the direction of a Physician employed by the Hospice.  It must provide a continuum of home, outpatient, and homelike inpatient care for the terminally ill patient and his family.  It employs an interdisciplinary team ("Hospice Care Team") to assist in  providing palliative and supportive care.  This care must be for the purpose of meeting the special needs arising out of the physical, emotional, spiritual, social and economic stresses which are experienced during the final stages of illness and during dying and bereavement.  This care must be available 24 hours a day, seven days a week.

**HOSPICE SERVICE** means items and services furnished to an individual by a Hospice.  It may be provided by others under arrangements with a Hospice program.  These services are provided in a place of temporary or permanent residence used as the terminally ill individual's home; or, if the terminally ill individual needs short-term institutionalization, the services shall be furnished in cooperation with those contracted institutions or in the inpatient facility of the Hospice program.

**IMMEDIATE FAMILY** means You, Your spouse and respective parents, children, grandchildren and siblings and their spouses.

**INABILITY TO PERFORM ACTIVITIES OF DAILY LIVING**  means the dependence, or hands-on services, of someone else to assist You in performing the Activities of Daily Living.

**INFORMAL CAREGIVER** means the person who has the primary responsibility of caring for You in Your residence, on an unpaid basis, due to Your:  1) Inability To Perform Activities Of Daily Living; or 2)  Cognitive Impairment.  Making it unnecessary for You either to be in a Nursing Home, or to receive covered Home Health Care.

LTC-4

**INJURY** means accidental bodily injury sustained while this policy is in force.  It must be the direct and independent cause which results in Loss covered by this policy.

**LONG TERM CARE** means Nursing Home Care or Home Health Care.  Long Term Care does not mean simple rest care, hotel or retirement home expense or other expense which is related to Your residence.

**LONG TERM CARE BENEFIT** means the amount of the daily benefit for:  1) Long Term Care; 2) Nursing Home Care; or  3) Home Health Care as is applicable based on the definitions as stated in the Policy subject to the maximum stated in the Policy Schedule.

**LOSS** means financial loss incurred as a result of expenses incurred by You.

**MEDICAL ALERT SYSTEM** means a communication system, located in Your Home, used to summon medical attention in case of a medical emergency.

**MEDICARE**  means the Health Insurance for the Aged Act, Title XVIII of the Social Security Amendments of 1965 as then constituted or later amended.

**MENTAL OR NERVOUS DISORDER** means a neurosis, psychoneurosis, psychopathy, psychosis or other mental or emotional disorder without demonstrable organic origin.  (Note:  CLINICALLY DIAGNOSED ALZHEIMER'S DISEASE AND OTHER ORGANIC BRAIN SYNDROMES ARE COVERED BY THE POLICY AS ANY OTHER SICKNESS).

**NURSING HOME** means a place which:  1) is legally operated to provide nursing care (skilled, intermediate, custodial) for sick or injured persons at their expense; 2) is licensed by the state as a convalescent nursing facility, a skilled nursing facility, an intermediate care facility, a custodial care facility; or any equivalent facility which meets the requirements of this definition; 3) provides, in addition to room and board accommodations, 24 hour nursing service by or under 24 hour on-site supervision by a Physician, licensed registered nurse (RN), a licensed practical nurse (LPN), or licensed vocational nurse (LVN); 4) maintains a daily record of each patient which is available for our review; and 5) administers a planned program of observation and treatment by a Physician (other than the proprietor or an employee of such facility) which is in accordance with existing standards of medical practice for the Injury or Sickness causing the Confinement.  "NURSING HOME" does not mean a facility or any part of a facility used primarily for:  rest care; training or education; care of the aged; or treatment of alcoholism, drug addiction or Mental or Nervous Disorders.  Facilities primarily engaged in providing retirement residences, such as apartments or other self-contained living units, are not Nursing Homes, however, a distinctly separate part of such facility may be a Nursing Home if it meets this definition.

**PERSONAL CARE** means the provision of supervisory or hands-on services to assist You with Activities of Daily Living.

**PHYSICIAN** means any licensed practitioner of the healing arts operating within the scope of his or her license.

**PRE-EXISTING CONDITION** means a condition for which medical advice or treatment was recommended by or received from a Physician, within six months preceding the Effective Date of coverage.

**RESPITE CARE** means short-term care provided in a Nursing Home, Adult Day Care Center, or Your Home (by an Approved Home Health Care Practitioner), that is designed to temporarily relieve the Informal Caregiver in Your Home.

**REASONABLE CHARGE** means a charge which does not exceed the regular and customary charges for, or the fair and reasonable value of, the services and supplies You receive. The Reasonable Charge will be determined by comparing the expense incurred with the charges made for similar services and supplies in the locality where the services are provided. With respect to Assisted Living Facilities, a charge which does not exceed the regular and customary charges for, or the fair and reasonable value of, the room and board expense You are charged. The Reasonable Charge will be determined by comparing the expense incurred with similar charges made in the locality of the Assisted Living Facility

**SICKNESS** means sickness, illness or disease diagnosed or treated by a Physician after this policy's Effective Date and while this policy is in force.

**WE, OUR** and **US** refers to Dallas General Life Insurance Company, Dallas, Texas.

**YOU, YOUR** and **YOURS** means the Insured named in the Policy Schedule.

## SECTION II: BENEFIT PROVISIONS
**This section provides You with information about the benefits of Your policy, the conditions of eligibility that will qualify You to receive the benefits under Your policy and how long You are entitled to receive the benefits under Your policy.**

### LONG TERM CARE BENEFITS

**1. NURSING HOME CARE:** We will pay a benefit for each day You are Confined in a Nursing Home. The benefit will be the Daily Maximum Benefit for Nursing Home Care set forth in the Policy Schedule. Benefits are not payable for Nursing Home Care and Home Health Care if provided on the same day. If this occurs only the Nursing Home Care benefit will be paid.

**2. HOME HEALTH CARE:** We will pay a benefit for each day You receive Home Health Care at Home. The benefit will be the lesser of: 1) the Maximum Daily Benefit for Home Health Care set forth in the Policy Schedule: or 2) the Reasonable Charge for the services provided.

**LONG TERM CARE MAXIMUM BENEFIT PERIOD:** The Long Term Care Maximum Benefit Period is set forth in the Policy Schedule. The Long Term Care Maximum Benefit Period is the maximum period of time We will pay Long Term Care benefits during Your lifetime, unless Long Term Care benefits are restored as provided for in the Restoration of Benefits provision. The Long Term Care Maximum benefit Period applies to Nursing Home Care benefits and Home Health Care benefits on a combined basis. For example, Nursing Home Care and Home Health Care may be used in any combination of time periods to reach the maximum. Each day You receive any Nursing Home Care and/or Home Health Care will count as one full day toward the Long Term Care Maximum Benefit Period.

### ADDITIONAL BENEFITS

**1. ADULT DAY CARE:** We will pay a benefit when You receive Adult Day Care. The benefit will be the lesser of: 1) the Maximum Daily Benefit for Adult Day Care set forth in the Policy Schedule: or 2) the Reasonable Charge incurred.

*LTC-4*

**ADULT DAY CARE MAXIMUM BENEFIT PERIOD:** The Adult Day Care Maximum Benefit Periods are set forth in the Policy Schedule. The Adult Day Care Maximum Benefit Periods is the maximum period of time We will pay Adult Day Care benefits during Your lifetime, unless Adult Day Care benefits are restored as provided for in the Restoration of Benefits provision.

2. **HOSPICE SERVICE:** We will pay a benefit when You receive Hospice Service. The benefit will be the lesser of: 1) the Daily Maximum benefit for Hospice Service set forth in the Policy Schedule: or 2) the Reasonable Charge incurred.

**HOSPICE SERVICE MAXIMUM BENEFIT PERIOD:** The Hospice Service Maximum Benefit Periods are set forth in the Policy Schedule. The Hospice Service Maximum Benefit Periods is the maximum period of time We will pay Hospice Service benefits during Your lifetime, Hospice Service benefits are restored as provided for in the Restoration of Benefits provision.

3. **ASSISTED LIVING FACILITY BENEFIT**: We will pay a benefit for each day You are confined in an Assisted Living Facility. The amount We pay will be the lesser of: 1) the Reasonable Charges incurred for daily room and board; or 2) the daily benefit amount for Nursing Home Confinement. We will pay this benefit in any combination with the policy's Long Term Care Benefit until the Maximum Benefit Period as shown in the Policy Schedule has been reached. Benefits are not payable for expenses incurred with respect to incidental items such as cable television, barber or beauty shop, snacks or other convenience items.

4. **ALTERNATIVE PLAN OF CARE**: If You would otherwise qualify for benefits, We will consider paying for the cost of services You require under a written Alternative Plan Of Care. Such Alternative Care must be a medically acceptable alternative to Long Term Care or Home Health Care.

The Alternative Plan Of Care must be initiated by You. It must be developed and written by Your physician and consistent with generally accepted medical practices. Those parts which are mutually agreeable to You, Your physician and Us will be adopted.

Alternative Care may include but not limited to: 1) special treatments; 2) different sites of care; or 3) modifications to Your residence to accommodate Your needs. Suggested services and benefit levels may be different from, or not otherwise covered by, the policy. If so, they will be paid at the levels specified in the Alternative Plan Of Care.

Agreement to participate in an Alternate Plan of Care will not waive any of Your or Our rights under the Policy. You can at Your option, resume receiving the benefits specifically provided by the Policy at any time. However, the total of all benefits paid under this provision will be an offset to those otherwise payable under the policy to the extent that is agreed to by You and Us in the written Alternative Plan Of Care.

5. **BED RESERVATION:** We will pay a benefit to reserve Your Nursing Home bed if You require temporary hospitalization and it is necessary to leave the Nursing Home during a Confinement for which benefits are being paid. The benefit will be equal to the Reasonable Charge You incur to reserve the bed, not to exceed the Daily Maximum Benefit for Nursing Home Care. We will pay this benefit for a maximum of 30 days per calendar year. Unused days cannot be carried over into the next calendar year.

PAGE 9

6. **RESPITE CARE:**  We will pay a benefit when Respite Care is provided.  If Respite Care is delivered in a Nursing Home, We will pay the Daily Maximum benefit for Nursing Home Care for each day You are Confined in the Nursing Home.  If Respite Care is delivered as Home Health Care, We will pay the lesser of: 1) the Daily Maximum Benefit for Home Health Care set forth in the Policy Schedule; or 2) the Reasonable Charge incurred.  The Respite Care Benefit is limited to 30 days per calendar year.  Unused days cannot be carried over into the next calendar year.  The Elimination Period does not apply to this benefit.

7. **CAREGIVER TRAINING:**  If You require Long Term Care and would otherwise receive Long Term Care benefits under this policy, We will pay the Reasonable Charge incurred for Caregiver Training, not to exceed a one time maximum of 5 times the Home Health Care Daily Maximum Benefit.  The Elimination Period does not apply to this benefit.  The Caregiver Training benefit will only be payable if the care provided will make it possible for You to return to or remain at Home where You can be cared for by an Informal Caregiver.

8. **MEDIC ALERT:**  We will pay a benefit for the rental or lease of a Medic Alert System for You while You are receiving Home Health Care benefits under this policy. The benefits will be equal to the actual charge incurred for the Medic Alert System, not to exceed $25 per month.  The benefit will only be paid for a Medic Alert System installed in Your Home while this policy is in force.  We will not pay for any charges for normal telephone service while the Medic Alert System is installed or for a home security system.  The Elimination Period does not apply to this benefit.

---

### SECTION III: LIMITATIONS OR CONDITIONS FOR ELIGIBILITY OF BENEFITS
**This section states the conditions under which payment will not be made even if You otherwise qualify for benefits.**

---

### LIMITATIONS OR CONDITIONS FOR ELIGIBILITY OF BENEFITS

Our payment of any benefit under this policy is subject to the following:  A) the Loss must be incurred after the policy's Effective Date and while the policy is in force; B) You must satisfy the Elimination Period set forth in the Policy Schedule; and C) if You are receiving Home Health Care, it must be provided in Your Home by an Approved Health Care Practitioner who is not a member of Your Immediate Family.  Benefits are also subject to the Maximum Benefit Periods set forth in the Policy Schedule.

In addition, You must satisfy one of the following requirements with regard to Nursing Home Care or Home Health Care: 1) You must be unable to perform, without the supervision or hands-on services of another person, two or more Activities of Daily Living (ADL's): or  2) You must require continuous supervision due to a Cognitive Impairment.

In order to qualify, Your Physician must certify to the inability to perform two or more Activities of Daily Living; or Your Physician must perform such tests as are in accordance with accepted standards of medical practice, and based on such tests, certify to the existence of Cognitive Impairment.

With regard to the Assisted Living Facility Benefit, You must satisfy the requirements of:  1) or 2) above.  In order to qualify, a registered nurse or a licensed social worker must certify to the inability to perform two or more Activities of Daily Living; or a registered nurse or a licensed social worker must perform such tests as are in accordance with accepted standards of medical practice, and based on such tests, certify to the existence of Your Cognitive Impairment.

LTC-4

CutePDF - www.fasina.com

Benefits are not payable for any period of time, during which Nursing Home Care, Home Health Care, or Assisted Living is not required. Benefits are not payable for any period of time during which Your status at any Assisted Living Facility is considered to be that of an independent resident.

## EXCLUSIONS

Benefits are not payable for Loss which is a result of: 1) mental, nervous or emotional disorders without demonstrable organic origin (Note: This exclusion does not apply to Alzheimer's Disease or other organic brain syndrome. These diseases are covered by the policy like any other sickness subject to the Pre-Existing Condition Limitation.); 2) Alcoholism and drug addiction; 3) declared or undeclared war or act thereof; 4) Your participation in a felony, riot or insurrection; 5) attempted suicide or intentionally self-inflicted injury; and 6) Injury or Sickness for which a benefit is payable under any Worker's Compensation or Occupational Disease Law. In addition, this policy does not pay benefits if You would not be legally obligated to pay for the care or service in the absence of this insurance.

To the extent a benefit is available to You under Medicare (The Health Insurance for the Aged Act, Title XVIII of the Social Security Amendments of 1965, as Amended), coverage will not be duplicated under this policy, unless to so coordinate with Medicare benefits would violate any applicable Federal or state law.

## PRE-EXISTING CONDITIONS LIMITATION

We will not pay benefits for a loss or confinement which is the result of a Pre-existing Condition unless the loss commences 6 months following the Effective Date of Coverage shown in the Policy Schedule. However, providing incorrect information may cause Your policy to be voided.

---

**SECTION IV: ADDITIONAL FEATURES**
This section provides You with information about the additional features of Your Policy.

---

### RESTORATION OF BENEFITS

If You receive Long Term Care Benefits under the policy, but recover sufficiently to no longer require Long Term Care, We will restore Your Long Term Care Maximum Benefit Period to its full original maximum, each time the following qualifications are met: 1) You have not received any Long Term Care for a period of 180 consecutive days: and 2) a Physician must certify that You recovered sufficiently to no longer require any Long Term Care and that You were not advised to obtain any Long Term Care. This provision does not apply separately to the Adult Day Care and Hospice Service Maximum Benefit Periods. However, if You qualify for restoration of the Long Term Care Maximum Benefit Period, the Adult Day Care and the Hospice Service Maximum Benefit Periods will also be restored to its full original maximum. There is no limit to the number of times the Long Term Care Maximum Benefit Period may be restored.

### WAIVER OF PREMIUM BENEFIT

We will waive the payment of each premium coming due after benefits have been payable under this policy for at least 90 continuous days and while You continue to receive Long Term Care on a continuous basis (for Home Health Care, at least 5 days per week). The premium payment waived will be the premium based on Your last mode of payment prior to the time Your benefits commenced. Premium will be payable again on the premium due date next following the date You no longer receive Long Term Care on a continuous basis.

## COVERAGE FOR ALZHEIMER'S DISEASE AND
## OTHER FORMS OF COGNITIVE IMPAIRMENT

Your policy provides benefits, subject to all the provisions of this policy, for nervous or mental disorders of organic origin, including Alzheimer's Disease, Cognitive Impairment and related progressive degenerative dementia's of an organic origin such as the following by way of example only: a) Parkinson's Disease, b) Huntington Disease, c) Creutzfeldt-Jakob Disease, d) Picks Disease, e) Multiple-Infarct Dementia, f) Normal Pressure Hydrocephalus, g) Multiple Sclerosis, and h) Inoperable tumors of the brain.

### EXTENSION OF BENEFITS

Termination of coverage for any reason, including, but not limited to, failure to pay premiums when due, shall be without prejudice to any continuous claim for benefits for a Loss covered by this policy which began while this policy was in force, subject to the policy's Maximum Benefit Period provisions.

### NO NEED FOR HOSPITALIZATION

You are not required to be hospitalized before receiving benefits under this policy.

---

## SECTION V:  CLAIMS

---

**NOTICE OF CLAIM:**  We must receive written notice of claim within six months of the date of Loss, if not, as soon as reasonably possible.  Notice must identify You and be sent to the Home Office or Your agent.

**CLAIM FORMS:**  We will furnish forms to prove Loss.  We will do so upon our receipt of notice of claim.  If forms are not furnished within 15 days, You will be considered to have complied, within the time for filing proof.

**PROOF OF LOSS:**  You must give Us written proof of Loss within six months of the Loss occurring.   If You have a good reason for not doing so, We will not contest the claim.  However, You must give Us proof no later than 1 year from the time normally required unless You are legally incapable of doing so.

**TIME OF PAYMENT OF CLAIMS:**  We will pay Your claim immediately upon receipt of written Proof Of Loss.

**PAYMENT OF CLAIMS:**   All benefits will be payable to You, unless You request payment to a third party.  Any accrued benefits unpaid at Your death will be paid to Your estate.

**PAYMENT TO STATE:**   Payment shall be made to the Texas Department of Human Resources for the actual cost of medical expenses the department pays through medical assistance for You that would otherwise be paid by this Policy.

**PHYSICAL EXAMINATION:**   At our expense, We shall have the right and opportunity to examine You when and as often as We may reasonably require while a claim is pending or after notice of claim is given.

## SECTION VI: GENERAL PROVISIONS

**THIRD PARTY NOTICES:**   You have the right to designate at least one (1) person who is to receive notice of cancellation of Your policy for the nonpayment or premiums.  Designation of this person does not constitute acceptance of any liability by this person for services provided to You.  Your written designation shall include the person's full name and home address and shall become part of Our records.  We shall notify You of the right to change this written designation at least once every year unless You decline to do so in Your application, however, You may change the written designation at any time.

If You elect to designate such a person, Your policy cannot be canceled for nonpayment of premium unless We have notified You and the designated person(s) at least thirty (30) days in advance of the cancellation date.  Notice shall be given by first class United States mail and notice may not be given until thirty (30) days after a premium is due and unpaid.  Notice be deemed to have been given as of five (5) days after the date of mailing to a third party.

If You do not elect to designate a third party to receive notice of cancellation for nonpayment of premium, a written waiver dated and signed by You will become part of Our records.

**TIME LIMIT ON CERTAIN DEFENSES:** a) After six month from the Effective Date of coverage, no misstatements, except fraudulent ones, made in the application may be used to void this policy or that coverage, or deny a claim for Loss incurred commencing after the six month period.  b) No claim for Loss incurred commencing six month after the Effective Date of coverage shall be reduced or denied because a sickness or physical condition had existed prior to the Effective Date of coverage.

**GRACE PERIOD:**  A grace period of 31 days is granted for the payment of each premium due after the first premium, during which time the policy continues in force.  When a claim is paid, any premium due and unpaid may be deducted from the claim payment.

**REINSTATEMENT:** If the Renewal Premium is not paid before the Grace Period ends, this policy will lapse.  Later acceptance of the premium by Us, or by Our agent authorized to accept payment, without requiring an application for reinstatement, will reinstate the policy.  If We require a reinstatement application, You will be issued a conditional receipt for the premium.  If We approve Your reinstatement application, the policy will be reinstated as of the date of Our approval.  If We disapprove Your application, We must do so in writing within 30 days of the conditional receipt.  Otherwise, Your policy will be reinstated 30 days after the date of the conditional receipt.  The reinstated policy will cover only Loss resulting from accidental injury as may occur after the date of reinstatement and Loss due to Sickness as may begin more than 10 days after that date.  In all other respects, both Your rights and Our rights under the policy will be the same as before termination, subject to any provisions endorsed hereon or attached in connection with the reinstatement.  Any premiums We accept for a reinstatement will be applied to a period for which premiums have not been paid.  No premium will be applied to any period more than 60 days before the date of reinstatement.

**CONTINUATION OF COVERAGE FOR COGNITIVE IMPAIRMENT OR LOSS OF FUNCTIONAL CAPACITY, INCLUDING ALZHEIMER'S DISEASE:**  Within 6 months after the policy lapses for nonpayment of the Renewal Premium, You or any authorized person acting on Your behalf, may request reinstatement of the policy if You were diagnosed as having a Cognitive Impairment or the loss of Functional Capacity at the time the policy lapsed.  We may request that a Physician certify that diagnosis of Cognitive Impairment or the loss of Functional Capacity was established at the time the policy lapsed.  Upon receipt of such certification, the policy will be reinstated without evidence of insurability.  The reinstated policy will cover Loss which occurred from the date the policy lapsed at the same level of benefits provided prior to reinstatement.  Premium must be paid from the date of the last premium payment prior to reinstatement.

## SECTION VII: GENERAL CONTRACT PROVISIONS

**LEGAL ACTIONS:** No legal or equitable action may be brought to recover on this policy sooner than 60 days after written Proof of Loss has been furnished to Us. No action may be brought after 3 years from the time written proof of Loss is required to be given.

**MISSTATEMENT OF AGE:** If Your age has been misstated, all amounts payable shall be such as the premium paid would have purchased at the correct age.

**UNPAID PREMIUM:** Any premium which is due and unpaid may be deducted from a claim payment.

**ENTIRE CONTRACT:** This policy along with the application and any attached papers, constitutes the entire contract between You and Us. No change is valid until: 1) approved by one of our executive offers, and 2) endorsed hereon or attached hereto. No agent has authority to change this policy or waive any of its provision.

**CONFORMITY WITH STATE STATUTES:** Any provision of this policy which, on its effective date is in conflict with the statutes of the state in which the insured resides on such date is hereby amended to conform to the minimum requirements of such statutes.

**Please keep this policy in a safe place with Your other important documents.**

**SIGNED FOR THE DALLAS GENERAL LIFE INSURANCE COMPANY**

PRESIDENT                    CORPORATE SECRETARY

COUNTERSIGNED _____
                    LICENSED RESIDENT AGENT (WHERE REQUIRED BY LAW)

LTC-4

# DALLAS GENERAL LIFE INSURANCE COMPANY

## DALLAS, TEXAS

MAILING ADDRESS
P.O. BOX 1080 - DALLAS, TEXAS 75221
1-800-327-9961

## CONSIDERATION / EFFECTIVE DATE

We agree to insure You for the benefits stated in this policy in consideration of the application received and the payment of the premium, subject to all of the terms, definitions, provisions, limitations and exclusions contained herein. Upon approval of Your application, coverage will begin and end on 12:01 a.m., Standard Time, at Your residence.

If You die while insured under the policy, We will refund the part of any premium paid for the period after Your death. The refund will be made within 30 days of Our receipt of written notice of Your death. It will be paid to Your estate.

## GUARANTEED RENEWABLE FOR LIFE / PREMIUMS SUBJECT TO CHANGE

This policy is guaranteed renewable for Your lifetime, subject to the policy maximums. It may be kept in force by the timely payment of premiums. We cannot refuse to renew this policy as long as You pay the premiums. We can change the renewal premium rates. We can only change them if they are changed for all policies in Your state on this Policy Form. Renewal premiums due after a change is implemented will be based on the new rate. Notice of any change in rates will be sent at least 31 days in advance.

## 30 DAY REVIEW PERIOD

**NOTICE TO BUYER:** You may surrender this policy of Long-Term Care Insurance without penalty or obligation within 30 days from the date of delivery of this policy. If You decide to surrender this policy, You must provide notice of the surrender to Us. Any attempt to obtain a waiver of Your right to surrender is unlawful. Surrender entitles You to a refund of all moneys within 30 business days after receipt of notice of surrender.

**CAUTION: The issuance of this Long-Term Care policy is based upon Your response to the questions on Your application. A copy of Your application is enclosed. If Your answers are incorrect or untrue, We may have the right to deny benefits or rescind Your policy. The best time to clear up any questions is now, before a claim arises! If, for any reason, any of Your answers are not correct, contact Us at this address: P.O. Box 1080, Dallas, TX 75221.**

**NOTICE TO BUYER: This policy may not cover all of the cost associated with Long-Term Care incurred by the policyholder during the period of coverage. The policyholder is advised to review carefully all policy limitations. In addition, the policyholder is advised that based on current health care cost trends, the benefits provided by this policy may be significantly diminished in terms of real value to the policyholder, depending on the amount of time which elapses between the date of purchase and the date upon which the policyholder first becomes eligible for those benefits.**

This policy is not a Medicare Supplement Policy. It is not designed to fill the 'gaps' of Medicare. If You are eligible for Medicare, review the Medicare Supplement Buyer's Guide available from Us.

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| 1. | DEFINITIONS | 5 - 8 |
| 2. | BENEFIT PROVISIONS | 8 - 10 |
| 3. | LIMITATIONS and EXCLUSIONS | 10, 11 |
| 4. | ADDITIONAL FEATURES | 11,12 |
| 5. | CLAIMS | 12 |
| 6. | GENERAL PROVISIONS | 12, 13 |
| 7 | GENERAL CONTRACT PROVISIONS | 13, 14 |

LONG TERM CARE INSURANCE POLICY

Exhibit

# Notice Of Toll- Free Telephone Numbers
## And
## Information And Complaint Procedures

| | |
|---|---|
| 1   IMPORTANT NOTICE | I.   AVISO IMPORTANTE |
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja: |
| 2.   You may contact your agent at (214) 880-0808. | 2.   Puede comunicarse con su agent at (214) 880-0808 |
| 3.   You may call Dallas General Life Insurance Company toll-free telephone number for information or to make a complaint at<br><br>~~1-800-327-9961~~<br>1-800-840-8137 | 3.   Usted puede llamar al numero de telefono gratis de Dallas General Life Insurance Company para informacion of para someter una queja al<br><br>1-800-327-9961 |
| 4.   You may also write to Dallas General Life Insurance Company at: P.O. Box 1080, Dallas, Texas 75201. | 4.   Usted tambien puede escribir a Dallas General Life Insurance Company: P.O. Box 1080, Dallas, Texas 75201. |
| 5.   You may contact the Texas Department of Insurance to obtain information on companies, coverage's, rights or complaints at<br><br>1-800-252-3439 | 5.   Puede communicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al<br><br>1-800-252-3439 |
| 6.   You may write the Texas Department of Insurance<br>P.O. Box 149104<br>Austin, TX  78714-9104<br>FAX #(512) 475-1771 | 6.   Puede escribir al Departamento de Seguros de Texas<br>P.O. Box 149104<br>Austin, TX  78714-9104<br>FAX #(512) 475-1771 |
| 7.   PREMIUM OR CLAIM DISPUTES:<br>Should you have a dispute concerning your premium or about a claim you should contact the company first.  If the dispute is not resolved, you may contact the Texas Department of Insurance. | 7.   DISPUTAS SOBRE PRIMAS O RECLAMOS:<br>Si tiene una disputa concerniente a su prima o a un reclamo, debe communicarse con el compania primero.  Si no se resuelve la disputa, puede entonces communicarse con el departamento (TDI). |
| 8.   ATTACH THIS NOTICE TO YOUR POLICY:<br>This notice is for information only and does not become a part or condition of the attached document. | 8.   UNA ESTE AVISO A SU POLIZA:  Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto. |

# POLICY SCHEDULE

This Policy Schedule provides You with specific information about the produc
You selected. It tells You which benefits You chose and how much they will c
General Policy information is also provided.

## LONG TERM CARE BENEFITS

NURSING HOME
    MAXIMUM DAILY BENEFIT .......................................... $90.00
    ELIMINATION PERIOD ............................................ 0 DAYS

HOME HEALTH CARE
    MAXIMUM DAILY BENEFIT .......................................... $90.00
    ELIMINATION PERIOD ............................................ 0 DAYS

LONG TERM CARE MAXIMUM BENEFIT PERIOD......................... LIFETIME

## ADDITIONAL BENEFITS

ADULT DAY CARE
    MAXIMUM DAILY BENEFIT .......................................... $45.00
    ELIMINATION PERIOD ............................................ 0 DAYS
    MAXIMUM BENEFIT PERIOD ......................................... 365 DAYS

HOSPICE SERVICE
    MAXIMUM DAILY BENEFIT .......................................... $45.00
    ELIMINATION PERIOD ............................................ 0 DAYS
    MAXIMUM BENEFIT PERIOD ......................................... 100 DAYS

ASSISTED LIVING FACILITY BENEFITS ............................ INCLUDED

BED RESERVATION .............................................. INCLUDED
Reasonable charge up to Nursing Home Care Daily Maximum Benefit
30 days per calendar year Maximum Benefit

CAREGIVER TRAINING BENEFIT ................................... INCLUDED
Reasonable Charge up to five times the Home Health Care Daily
Maximum Benefit

MEDIC ALERT BENEFIT .......................................... INCLUDED
Actual charge up to $25.00 per month. Payable as long as Home
Health Benefits continue

ALTERNATE PLAN OF CARE BENEFIT ............................... INCLUDED
RESPITE CARE BENEFIT ......................................... INCLUDED
RESTORATION OF BENEFITS ...................................... INCLUDED
WAIVER OF PREMIUM ............................................ INCLUDED

## OPTIONAL BENEFIT RIDER ISSUED

AUTOMATIC INCREASE BENEFIT RIDER ............................. NOT INCLUDEI

## PREMIUM SUMMARY

TOTAL INITIAL PREMIUM ........................................ $6,172.00
MODE OF PAYMENT .............................................. ANNUAL
RENEWAL PREMIUM BASED ON MODE OF PAYMENT...................... $6,147.00

The premium shown above include premiums for any Riders issued
on the same date as the policy.

## GENERAL POLICY INFORMATION

    POLICY NUMBER ............................................... 32134
    EFFECTIVE DATE OF COVERAGE .................................. 01-01-99
    FIRST RENEWAL DATE ......................................... 01-01-00
    NAME OF INSURED ............................................ **JOHNNIE W. DEAL**

| Home Office Use | Policy Number 32134 | Issued Date 1/1/99 | Renewal Date 1/1/00 | Code 1086-1 | Und. AR |
|---|---|---|---|---|---|

# Application to Dallas General Life Insurance Company
Long Term Care Service Center: • P.O. Box 190 • Parkesburg, PA 19365

☐ NEW POLICY   ☐ REINSTATEMENT
☐ ADD TO EXISTING POLICY NO. _____

## PLAN OF INSURANCE

☒ Long Term Care Daily Benefit Amount Applied for: ($10-$150)   $ 90
Benefit Period: ☐ 1 Year   ☐ 2 Years   ☐ 3 Years   ☐ 4 Years   ☐ 5 Years   ☒ Lifetime
Elimination Period: ☒ 0 Days   ☐ 20 Days   ☐ 100 Days

☒ Home Health Care/Adult Day Care Benefit Amount Applied for: ($10-$150) 90 per visit
Benefit Period: ☐ 1 Year   ☐ 2 Years   ☒ Other LIFE
Elimination Period: ☐ 0 Days   ☐ 20 Days   ☐ 100 Days

Premium $ 6147.00
Policy Fee $ 25.00
Total Premium $ 6172.00

☐ Inflation Benefit

Payment Mode: ☒ A   ☐ SA   ☐ Q   ☐ M

| Name of Applicant JOHNNIE W. DEAL | Social Security Number 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 | |
|---|---|---|
| Address Rt. 3 BOX 430 | Age 81 | Birthdate 4-26-17 |
| City CORPUS CHRISTI TX | County NUECES | State TX   Zip 78415 |
| Telephone 512-265-9397   AFTER   Best time to call 8:00 AM/PM | Marital Status M   Sex M | Height 5' 11"   Weight 150 |

| Physician | DR. MARIA BLAZO | 5920 SARATOGA BLVD |
|---|---|---|
| | Name | Address |
| | CORPUS CHRISTI TX | 78414   512-992-5253 |
| | City/State | Zip Code   Telephone Number |

## PART I.
### A. WITHIN THE PAST FIVE YEARS HAVE YOU

|  |  | Yes | No |
|---|---|---|---|
| 1. | Used or been advised by a physician to make arrangements for the service of a nurse, home health care agency or home health aide in daily living? | ☐ | ☒ |
| 2. | Required or used insulin for diabetes through the use of injections, an insulin pump implant or other device? | ☐ | ☒ |
| 3. | Received any medical advice, treatment or consultation for: | Yes | No |
| | a.) Emphysema, chronic lung disease or other obstructive lung disease, rheumatoid arthritis, internal cancer, including leukemia, Hodgkin's disease or melanoma? | ☐ | ☒ |
| | b.) Alzheimer's disease, senile dementia, organic brain syndrome, mental disorders, alcoholism, drug addiction or cirrhosis of the liver? | ☐ | ☒ |
| | c.) Parkinson's disease, multiple sclerosis, muscular dystrophy, Lou Gehrig's disease or other degenerative neuromuscular diseases? | ☐ | ☒ |
| | d.) Pageis disease, osteomyelitis, osteoporosis or other degenerative bone diseases? | ☐ | ☒ |
| 4. | Required kidney dialysis? | ☐ | ☒ |
| 5. | Had a colostomy or suffered any gastrointestinal disorders? | ☐ | ☒ |
| 6. | Suffered from a stroke? | ☐ | ☒ |
| 7. | Have you ever been diagnosed or treated for Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex (ARC)? | ☐ | ☒ |
| 8. | Do you use a walking aid or wheelchair; or have any type of amputation due to disease; or are completely or partially paralyzed; or are you bedridden; or are you blind? | Yes ☐ | No ☒ |
| 9. | Been medically treated for heart disease of any kind including congestive heart failure? | ☐ | ☒ |
| 10. | Had any medical treatment for any degenerative diseases of the eye, including glaucoma, other than cataracts? | ☐ | ☒ |
| 11. | Had surgery or been medically advised to have surgery for any circulatory problems with the carotid arteries? | ☐ | ☒ |

### A. CURRENTLY

|  |  | Yes | No |
|---|---|---|---|
| 1. | Are you receiving any type of oxygen therapy or have oxygen available at home? | ☐ | ☒ |
| 2. | Are you receiving Medicaid assistance? | ☐ | ☒ |
| 3. | Have you been medically advised that you should be confined to a bed, hospital or nursing facility? | ☐ | ☒ |

**C.** If answer is "yes" to any of the above questions, please supply complete details. Include name, address and date for any doctors consulted and name and address of hospitals and dates of confinement. If more space is needed, attach a separate sheet, signed by the applicant, and check this box. ☐

_____

_____

_____

**Continued on Reverse Side**

**PART II.**

**A.** Within the past five years have you been confined to a hospital, mental health center, alcohol or drug rehabilitation center, nursing home, skilled nursing facility or intermediate or custodial care facility?  Yes ☐  No ☒

| Date Admitted | Date Released | Name and address of Hospital or Other Facility | Reason for Confinement |
|---|---|---|---|
| | | | |
| | | | |

**B.** Are you taking or have you taken any prescription drugs within the past two years?  Yes ☒  No ☐
If "yes", please list the drug and condition for which it was prescribed.

| Drug | Condition | Drug | Condition |
|---|---|---|---|
| ZESTRIL | BLOOD PRESSURE | | |
| | | | |
| | | | |

**PART III.**

**AGREEMENT:** I hereby agree that: (1) all statements and answers contained herein are full, complete and true to the best of my knowledge and belief; (2) the insurance hereby applied for will not be considered in force until a policy is issued and the full first premium is paid while I am alive and in good health and other conditions remain as described in this application; and (3) only an officer of the Company may change, waive or alter the terms and conditions of this application.

**AUTHORIZATION AND ACKNOWLEDGMENT:**

I authorize Dallas General Life Insurance Company or its reinsurers to obtain information as to the diagnosis or treatment of my physical or mental condition, and any other information needed in order to determine my eligibility for insurance. Upon presentation of this authorization or copy of it, they may obtain such information or records thereof from any physician, medical practitioner, hospital, clinic, veteran's hospital or other medical facility, insurance company or insurance support organization or other organization or person who has such information. I agree this authorization shall be valid for two and one half years from the dates shown below.

I acknowledge receipt of the Outline of Coverage for the policy applied for. If I am age 65 or older, I have also received "Guide to Health Insurance for People with Medicare."

I understand that I may be contacted by a representative of the Dallas General Life Insurance Company to verify my health history.

**CAUTION: IF YOUR ANSWERS ON THIS APPLICATION ARE INCORRECT OR UNTRUE, DALLAS GENERAL LIFE INSURANCE COMPANY MAY HAVE THE RIGHT TO DENY BENEFITS OR RESCIND YOUR POLICY.**

Dated: _12-29-98_ at _CORPUS CHRISTI, TX_    x _Johnnie W Neal_
_____ Signature of Applicant

x _Joyce Michal_    _JOYCE MICHAL_    _50048_
Signature of Agent    Name of Agent (PRINT)    Agent No.

**PART IV.**

**AGENT'S REPORT (must be completed and signed)**

1. Did you personally interview proposed insured/applicant and witness his/her signature?  Yes ☒  No ☐
2. Did you observe any physical or mental impairments with regard to walking or speaking or any form of tremor?  Yes ☐  No ☒
   If yes, explain _____
3. Does the applicant live alone?  Yes ☐  No ☒
4. If there is a spouse, is he/she also applying?  Yes ☒  No ☐  If no, why? _____
5. Type of dwelling:  Private Home ☒  Apartment _____  Mobile Home _____  Retirement Home _____
6. Have you any unfavorable information regarding the health/habits or home surrounding of the person proposed for insurance in this application?  Yes ☐  No ☒
   If yes, explain _____
7. Did you review the current accident health insurance coverage of the applicant and find that additional coverage of the type and amount applied for is appropriate for the applicant's needs?  Yes ☐  No ☐
8. Do you have reason to believe that the coverage applied for will replace or change any other coverage in this or any other company?  Yes ☐  No ☒

I verify that I have truly accurately recorded on this application the information supplied by the applicant.

_Joyce Michal_    _12, 29, 98_
Signature of Licensed Resident Agent    Date

**APP (TX)**

HOME
OFFICE USE:  Policy Number _32134_   Und. _AR_

**Supplemental Application to Form App(TX)**

# DALLAS GENERAL LIFE INSURANCE COMPANY

Long Term Care Service Center:  P.O. Box 190 • Parkesburg, PA  19365 • 1-800-659-9206

## PART I.  TO BE COMPLETED BY APPLICANT:

1. APPLICANTS NAME _JOHNNIE W. DEAL_

2. Do you have another long term care insurance policy or certificate in force including a health
   care service contract or a health maintenance organization contract? . . . . . . . . . . . . . . . . .      YES  NO ☑

3. Did you have another long term care insurance policy or certificate in force during the last 12 months.  ☐   ☑

4. Do you intend to replace any of your medical or health insurance coverage with this policy ? . . . . . .  ☐   ☑

If answer is "Yes" to any of the above questions, supply details below. If more space is needed, attach a separate
sheet signed by the applicant and check this box. ☐

| Name of Company | Policy Number | Annual Premium | Lapsed | Status Applied | In Force | When? (Mo Day Year) | Type & Amount of Benefit | To be Replaced by this Coverage? |
|---|---|---|---|---|---|---|---|---|
| _____ | _____ | $ _____ | ☐ | ☐ | ☐ | _____ | _____ | ☐ Yes ☐ No |
| _____ | _____ | $ _____ | ☐ | ☐ | ☐ | _____ | _____ | ☐ Yes ☐ No |
| _____ | _____ | $ _____ | ☐ | ☐ | ☐ | _____ | _____ | ☐ Yes ☐ No |

5. Are you covered under Medicaid? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes ☒ No

If you are eligible for or covered by Medicaid you may not need to purchase the policy since it may duplicate benefits

## PART II.  REJECTION OF COMPOUND INFLATION PROTECTION.

☑ I have reviewed the outline of coverage and the graph that compares the benefits and premiums of this policy with
and without the Compound Automatic Inflation Benefit rider and hereby reject inflation protection. I realize that
based on current health care cost trends, the benefits provided by a long term care plan which does not have
meaningful inflation protection may be significantly diminished in terms of real value to me, depending on the
amount of time which elapses between the date I purchase the policy and the date on which I first become eligible to
use them.

## PART III.  PROTECTION AGAINST UNINTENTIONAL LAPSE.

I understand that I have the right to designate at least one person other than myself to receive notice of lapse or
termination of this long term care policy for nonpayment of premium. I understand that notice will not be given until
thirty (30) days after a premium is due and unpaid. I understand that I have the right to change the designated
person(s) at any time and I will be notified annually of the right to change this designation.

☒ I have elected to designate the following person(s) to receive such notice.

Full Name _MONTE DEAL_
Address _Rt 3 Box 435, CORPUS CHRISTI, TX. 78415_
Telephone Number _512 - 265 - 9880_

☐ I elect **NOT** to designate any other person to receive such notice.

## PART IV. SUITABILITY OF RECOMMENDED PURCHASE

1. Did the Agent explain your current and future financial obligations for sustaining this policy?   ☑ Yes  ☐ No
   If "YES" will you be able to sustain your future obligation indefinitely? . . . . . . . . . . . . . . . .   ☑ Yes  ☐ No
2. Did the Agent disclose to you the current range of cost of nursing home services, home health
   care and community based services in your area and how this policy will cover those costs? . .   ☑ Yes  ☐ No
3. Did the Agent disclose to you the average use of services covered by the policy applied for
   -- for example, the average length of stay in a nursing home? . . . . . . . . . . . . . . . . . . . . . . . .   ☑ Yes  ☐ No
4. Do you understand the various types of long term care coverage available including nursing
   home coverage, home health care coverage and comprehensive coverage?. . . . . . . . . . . . . .   ☑ Yes  ☐ No

## PART V.

I have read the above answers and statements and declare that they are true and complete to the best of my knowledge and belief.

I understand and agree that the policy will not take effect unless and until it is issued by DALLAS GENERAL LIFE INSURANCE COMPANY, subject to the terms of the Conditional Premium Receipt if I submitted premium with this application, and that no agent has the authority to waive any questions or determine insurability. I FURTHER UNDERSTAND THAT FAILURE TO REVEAL COMPLETE INFORMATION ABOUT EXISTING HEALTH CONDITIONS MAY MAKE MY POLICY, IF ISSUED, NULL AND VOID.

**CAUTION: If Your answers on this supplemental application are incorrect or untrue, DALLAS GENERAL LIFE INSURANCE COMPANY may have the right to deny benefits or rescind Your Policy.**

Dated at: _CORPUS CHRISTI, TX._    _12/29/98_   x _Johnnie W Deal_
                                                                    Signature of Applicant

## PART VI.   TO BE COMPLETED BY AGENT:

1. List all other health insurance policies which you have sold to the applicant that are <u>still in force</u>.
   Company_____none_____ Type and Amount of Benefit_____
   Company_____ Type and Amount of Benefit_____
   Company_____ Type and Amount of Benefit_____
2. List all other health insurance policies which you have sold to the applicant in the past 5 years which are <u>no</u> longer in force.
   Company_____none_____ Type and Amount of Benefit_____
   Company_____ Type and Amount of Benefit_____
   Company_____ Type and Amount of Benefit_____

I have reviewed the current accident and health insurance coverage of the applicant and find that the indicated replacement, or the additional coverage of the type and the amount applied for, is appropriate for the applicant's needs.

x _Joyce Michal_                                     Date _12 / 29 / 98_
Signature of Licensed Resident Agent

_JOYCE MICHAL_                                       _50048_
Name of Agent (Print)                                 Agent No.

APP-SUP(TX)

CutePDF - www.fineln.com

# IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE TEXAS LIFE, ACCIDENT, HEALTH AND HOSPITAL SERVICE INSURANCE GUARANTY ASSOCIATION

Texas law establishes a system, administered by the Texas Life, Accident, Health and Hospital Service Insurance Guaranty Association ("Association"), to protect policyholders if their life or health insurance company fails to or cannot meet its contractual obligations. Only the policyholders or Insurance companies which are members of the Association are eligible for this protection. However, even if a company is a member of the Association, protection is limited and policyholders must meet certain guidelines to qualify. (The law is found in the Texas Insurance Code, Article 21, 28-D.)

**BECAUSE OF STATUTORY LIMITATIONS ON POLICYHOLDERS PROTECTION, IT IS POSSIBLE THAT THE ASSOCIATION MAY NOT COVER YOUR POLICY OR MAY NOT COVER YOUR POLICY IN FULL.**

### Eligibility for Protection by the Association

When an Insurance company which is a member of the Association is designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:

- ► **residents of Texas** at the time that their insurance company is impaired
- ► **residents of other states,** ONLY if the following conditions are met:
    1) The policyholder has a policy with a company based in Texas;
    2) The company has never held a license in the policyholder's states of residence;
    3) The policyholder's state of residence has a similar guaranty association; and
    4) The policyholder is not eligible for coverage by the guaranty association of the policyholder's state of residence.

### Limits of Protection by the Association

*Accident, Accident and Health, or Health Insurance:*
- ► up to a total of $200,000 for one or more policies for each individual covered.

*Life Insurance:*
- ► net cash surrender value up to a total of $100,000 under one or more policies on any one life; or
- ► death benefits up to a total of $300,000 under one or more policies on any one life.

*Individual Annuities:*
- ► net cash surrender amount up to a total of $100,000 under one or more policies owned by one contractholder.

*Group Annuities:*
- ► net cash surrender amount up to $100,000 in allocated benefits under one or more policies owned by one contractholder; or
- ► net cash surrender amount up to $5,000,000 in unallocated benefits under one contractholder regardless of the number of contracts.

**THE INSURANCE COMPANY AND ITS AGENTS ARE PROHIBITED BY LAW FROM USING THE EXISTENCE OF THE ASSOCIATION FOR THE PURPOSE OF SALES, SOLICITATION, OR INDUCEMENT TO PURCHASE ANY FORM OF INSURANCE.**

**When you are selecting an Insurance company, you should not rely on coverage by the Association.**

| | |
|---|---|
| Texas Life, Accident , Health and Hospital Service Insurance Guaranty Association 301 Congress, Suite 500 Austin, Texas 78701 800-982-6362 | Texas Department of Insurance P.O. Box 149104 Austin, Texas 78714-9104 800-252-3439 |

TX-GA

## SECTION I: DEFINITIONS OF IMPORTANT WORDS AND TERMS

**This section provides the meaning of special words and terms that are used throughout this Policy. To help You recognize these special words and terms, the first letter of each word or term is capitalized wherever they appear in Your Policy.**

**ACTIVITIES OF DAILY LIVING (ADL's)** are: **eating** (consuming nourishment, or utilizing utensils appropriate for the persons physical condition and which are placed within reach); **dressing** (Putting on and taking off all necessary items of clothing including Medically Necessary braces or artificial limbs.); **bathing** (washing Yourself on a routine basis in the bathtub, shower or by sponge bath and including rebandaging of sores and wounds. Getting in and out the bathtub or shower, utilizing normal bathroom facilities that have been equipped with railings and steps); **toileting** (maintaining a reasonable level of associated personal hygiene); **transferring to or from bed or chair** (getting from a bed to a chair or a chair to a bed); **mobility** (walking with or without the assistance of a mechanical device, such as a wheelchair, braces, walker, cane or other walking aid device; **continence** (ability to control bowel and bladder functions voluntarily, or otherwise maintain a reasonable level of personal hygiene).

**ADULT DAY CARE** means a community based group program that provides health, social and related services in a facility which is licensed or certified by the state as an Adult Day Care center for impaired adults. It does not mean 24 hour care.

**ADULT DAY CARE CENTER** means an organization: (a) which provides a program of Adult day care; (b) which is 1) established and operated in accordance with state law; and 2) licensed by the state as an Adult Day Care Center; (c) whose staff includes 1) a full time director; and 2) one or more RN's , LPN's or LVN's in attendance at least 4 hours a day during operating hours; (d) which operates at least 5 days a week and operates a minimum of 5 hours per day and provides care for any one individual for no more than 12 hours per day; (e) which maintains a written medical record of medical services given to each individual; and (f) which has established procedures for obtaining appropriate medical emergency aid.

**APPROVED HOME HEALTH CARE PRACTITIONER** means a licensed registered nurse (RN), licensed practical nurse (LPN), licensed vocational nurse (LVN), licensed visiting nurse, certified chemotherapy nurse, certified enterostomal therapy nurse, certified infusion nurse, licensed physical therapist, licensed respiratory therapist, licensed speech therapist, licensed occupational therapist, licensed medical social worker, certified nurse assistant, or home health aide. A home health aide must be certified or otherwise properly trained in accordance with the existing standards in the jurisdiction where Home Health Care is provided. An Approved Home Health Care Practitioner may not be a member of Your Immediate Family.

**ASSISTED LIVING FACILITY** means a facility that: 1) is engaged primarily in providing ongoing care and related services to at least ten inpatients in one location; 2) provides 24 hour per day care and service sufficient to support needs resulting from the Inability To Perform Activities of Daily Living or Cognitive Impairment; 3) has an awake, trained and ready to respond employee on duty at all times to provide such care; 4) provides three meals a day and accommodates special dietary needs; 5) is licensed by the appropriate licensing agency in the state to provide such care; 6) has formal arrangements for the services of a Physician or Professional Nurse to furnish medical care in case of emergency; and 7) has appropriate methods and procedures for handling and administering drugs. An Assisted Living Facility does not mean an individual residence or independent living unit or apartment. If the facility has multiple licenses and/or multiple purposes, only the section, wing, ward or unit that specifically qualifies as an Assisted Living Facility will qualify.

**CAREGIVER TRAINING** means training provided by a Home Health Care Agency, Nursing Home, or hospital to an individual to enable them to be Your, Informal Caregiver and provide the necessary care for You at Your Home.

LTC-4                                                                                          PAGE 5

**COGNITIVE IMPAIRMENT** Deterioration or loss in Your intellectual capacity requiring continual supervision to protect Yourself and others; as established by clinical diagnosis of any licensed practitioner in this state authorized to make such a diagnosis. Such diagnosis shall include Your history, and physical, neurological, psychological and/or psychiatric evaluation, and laboratory findings.

**CONFINED OR CONFINEMENT** means assigned to a bed and physically within a Nursing Home or Assisted Living Facility while coverage is in force.

**EFFECTIVE DATE OF COVERAGE** the date when coverage starts under Your policy. It is shown on the Policy Schedule page.

**ELIMINATION PERIOD** means the period of time, stated in the Policy Schedule, for which You received Long Term Care and for which no benefits are payable, and, which must pass before benefits will be payable under this policy. When benefits do begin, they will not be retroactive to the beginning of the Elimination Period. The Elimination Period must be satisfied only once during Your lifetime.

**FUNCTIONAL CAPACITY** means the inability to perform independently the Activities of Daily Living because of physical or Cognitive Impairment.

**HOME** means the place where You maintain independent residency. Home does not mean a nursing facility, hospital or other institutional setting.

**HOME HEALTH CARE** means medical and nonmedical services provided to ill, disabled or infirmed persons in their home. Example of such services may include, but are not limited to, homemaker services, assistance with Activities of Daily Living, Adult Day Care and Respite Care Services.

**HOSPICE** means an autonomous, centrally administered, nurse-coordinated program operated pursuant to law. It must be under the direction of a Physician employed by the Hospice. It must provide a continuum of home, outpatient, and homelike inpatient care for the terminally ill patient and his family. It employs an interdisciplinary team ("Hospice Care Team") to assist in providing palliative and supportive care. This care must be for the purpose of meeting the special needs arising out of the physical, emotional, spiritual, social and economic stresses which are experienced during the final stages of illness and during dying and bereavement. This care must be available 24 hours a day, seven days a week.

**HOSPICE SERVICE** means items and services furnished to an individual by a Hospice. It may be provided by others under arrangements with a Hospice program. These services are provided in a place of temporary or permanent residence used as the terminally ill individual's home; or, if the terminally ill individual needs short-term institutionalization, the services shall be furnished in cooperation with those contracted institutions or in the inpatient facility of the Hospice program.

**IMMEDIATE FAMILY** means You, Your spouse and respective parents, children, grandchildren and siblings and their spouses.

**INABILITY TO PERFORM ACTIVITIES OF DAILY LIVING** means the dependence, or hands-on services, of someone else to assist You in performing the Activities of Daily Living.

**INFORMAL CAREGIVER** means the person who has the primary responsibility of caring for You in Your residence, on an unpaid basis, due to Your: 1) Inability To Perform Activities Of Daily Living; or 2) Cognitive Impairment. Making it unnecessary for You either to be in a Nursing Home, or to receive covered Home Health Care.

LTC-4                                                                PAGE 6

CAMPDF - www.fasisy.com

**INJURY** means accidental bodily injury sustained while this policy is in force.  It must be the direct and independent cause which results in Loss covered by this policy.

**LONG TERM CARE** means Nursing Home Care or Home Health Care.  Long Term Care does not mean simple rest care, hotel or retirement home expense or other expense which is related to Your residence.

**LONG TERM CARE BENEFIT** means the amount of the daily benefit for:  1) Long Term Care; 2) Nursing Home Care; or  3) Home Health Care as is applicable based on the definitions as stated in the Policy subject to the maximum stated in the Policy Schedule.

**LOSS** means financial loss incurred as a result of expenses incurred by You.

**MEDICAL ALERT SYSTEM** means a communication system, located in Your Home, used to summon medical attention in case of a medical emergency.

**MEDICARE**  means the Health Insurance for the Aged Act, Title XVIII of the Social Security Amendments of 1965 as then constituted or later amended.

**MENTAL OR NERVOUS DISORDER** means a neurosis, psychoneurosis, psychopathy, psychosis or other mental or emotional disorder without demonstrable organic origin.  (Note:  CLINICALLY DIAGNOSED ALZHEIMER'S DISEASE AND OTHER ORGANIC BRAIN SYNDROMES ARE COVERED BY THE POLICY AS ANY OTHER SICKNESS).

**NURSING HOME** means a place which:  1) is legally operated to provide nursing care (skilled, intermediate, custodial) for sick or injured persons at their expense; 2) is licensed by the state as a convalescent nursing facility, a skilled nursing facility, an intermediate care facility, a custodial care facility; or any equivalent facility which meets the requirements of this definition; 3) provides, in addition to room and board accommodations, 24 hour nursing service by or under 24 hour on-site supervision by a Physician, licensed registered nurse (RN), a licensed practical nurse (LPN), or licensed vocational nurse (LVN); 4) maintains a daily record of each patient which is available for our review; and 5) administers a planned program of observation and treatment by a Physician (other than the proprietor or an employee of such facility) which is in accordance with existing standards of medical practice for the Injury or Sickness causing the Confinement.  "NURSING HOME" does not mean a facility or any part of a facility used primarily for:  rest care; training or education; care of the aged; or treatment of alcoholism, drug addiction or Mental or Nervous Disorders.  Facilities primarily engaged in providing retirement residences, such as apartments or other self-contained living units, are not Nursing Homes, however, a distinctly separate part of such facility may be a Nursing Home if it meets this definition.

**PERSONAL CARE** means the provision of supervisory or hands-on services to assist You with Activities of Daily Living.

**PHYSICIAN** means any licensed practitioner of the healing arts operating within the scope of his or her license.

**PRE-EXISTING CONDITION** means a condition for which medical advice or treatment was recommended by or received from a Physician, within six months preceding the Effective Date of coverage.

**RESPITE CARE** means short-term care provided in a Nursing Home, Adult Day Care Center, or Your Home (by an Approved Home Health Care Practitioner), that is designed to temporarily relieve the Informal Caregiver in Your Home.

**REASONABLE CHARGE** means a charge which does not exceed the regular and customary charges for, or the fair and reasonable value of, the services and supplies You receive. The Reasonable Charge will be determined by comparing the expense incurred with the charges made for similar services and supplies in the locality where the services are provided. With respect to Assisted Living Facilities, a charge which does not exceed the regular and customary charges for, or the fair and reasonable value of, the room and board expense You are charged. The Reasonable Charge will be determined by comparing the expense incurred with similar charges made in the locality of the Assisted Living Facility

**SICKNESS** means sickness, illness or disease diagnosed or treated by a Physician after this policy's Effective Date and while this policy is in force.

**WE, OUR** and **US** refers to Dallas General Life Insurance Company, Dallas, Texas.

**YOU, YOUR** and **YOURS** means the Insured named in the Policy Schedule.

## SECTION II: BENEFIT PROVISIONS

**This section provides You with information about the benefits of Your policy, the conditions of eligibility that will qualify You to receive the benefits under Your policy and how long You are entitled to receive the benefits under Your policy.**

### LONG TERM CARE BENEFITS

**1. NURSING HOME CARE:** We will pay a benefit for each day You are Confined in a Nursing Home. The benefit will be the Daily Maximum Benefit for Nursing Home Care set forth in the Policy Schedule. Benefits are not payable for Nursing Home Care and Home Health Care if provided on the same day. If this occurs only the Nursing Home Care benefit will be paid.

**2. HOME HEALTH CARE:** We will pay a benefit for each day You receive Home Health Care at Home. The benefit will be the lesser of: 1) the Maximum Daily Benefit for Home Health Care set forth in the Policy Schedule: or 2) the Reasonable Charge for the services provided.

> **LONG TERM CARE MAXIMUM BENEFIT PERIOD:** The Long Term Care Maximum Benefit Period is set forth in the Policy Schedule. The Long Term Care Maximum Benefit Period is the maximum period of time We will pay Long Term Care benefits during Your lifetime, unless Long Term Care benefits are restored as provided for in the Restoration of Benefits provision. The Long Term Care Maximum benefit Period applies to Nursing Home Care benefits and Home Health Care benefits on a combined basis. For example, Nursing Home Care and Home Health Care may be used in any combination of time periods to reach the maximum. Each day You receive any Nursing Home Care and/or Home Health Care will count as one full day toward the Long Term Care Maximum Benefit Period.

### ADDITIONAL BENEFITS

**1. ADULT DAY CARE:** We will pay a benefit when You receive Adult Day Care. The benefit will be the lesser of: 1) the Maximum Daily Benefit for Adult Day Care set forth in the Policy Schedule: or 2) the Reasonable Charge incurred.

LTC-4

**ADULT DAY CARE MAXIMUM BENEFIT PERIOD:** The Adult Day Care Maximum Benefit Periods are set forth in the Policy Schedule. The Adult Day Care Maximum Benefit Periods is the maximum period of time We will pay Adult Day Care benefits during Your lifetime, unless Adult Day Care benefits are restored as provided for in the Restoration of Benefits provision.

2. **HOSPICE SERVICE:** We will pay a benefit when You receive Hospice Service. The benefit will be the lesser of: 1) the Daily Maximum benefit for Hospice Service set forth in the Policy Schedule: or 2) the Reasonable Charge incurred.

**HOSPICE SERVICE MAXIMUM BENEFIT PERIOD:** The Hospice Service Maximum Benefit Periods are set forth in the Policy Schedule. The Hospice Service Maximum Benefit Periods is the maximum period of time We will pay Hospice Service benefits during Your lifetime, Hospice Service benefits are restored as provided for in the Restoration of Benefits provision.

3. **ASSISTED LIVING FACILITY BENEFIT**: We will pay a benefit for each day You are confined in an Assisted Living Facility. The amount We pay will be the lesser of: 1) the Reasonable Charges incurred for daily room and board; or 2) the daily benefit amount for Nursing Home Confinement. We will pay this benefit in any combination with the policy's Long Term Care Benefit until the Maximum Benefit Period as shown in the Policy Schedule has been reached. Benefits are not payable for expenses incurred with respect to incidental items such as cable television, barber or beauty shop, snacks or other convenience items.

4. **ALTERNATIVE PLAN OF CARE**: If You would otherwise qualify for benefits, We will consider paying for the cost of services You require under a written Alternative Plan Of Care. Such Alternative Care must be a medically acceptable alternative to Long Term Care or Home Health Care.

The Alternative Plan Of Care must be initiated by You. It must be developed and written by Your physician and consistent with generally accepted medical practices. Those parts which are mutually agreeable to You, Your physician and Us will be adopted.

Alternative Care may include but not limited to: 1) special treatments; 2) different sites of care; or 3) modifications to Your residence to accommodate Your needs. Suggested services and benefit levels may be different from, or not otherwise covered by, the policy. If so, they will be paid at the levels specified in the Alternative Plan Of Care.

Agreement to participate in an Alternate Plan of Care will not waive any of Your or Our rights under the Policy. You can at Your option, resume receiving the benefits specifically provided by the Policy at any time. However, the total of all benefits paid under this provision will be an offset to those otherwise payable under the policy to the extent that is agreed to by You and Us in the written Alternative Plan Of Care.

5. **BED RESERVATION:** We will pay a benefit to reserve Your Nursing Home bed if You require temporary hospitalization and it is necessary to leave the Nursing Home during a Confinement for which benefits are being paid. The benefit will be equal to the Reasonable Charge You incur to reserve the bed, not to exceed the Daily Maximum Benefit for Nursing Home Care. We will pay this benefit for a maximum of 30 days per calendar year. Unused days cannot be carried over into the next calendar year.

PAGE 9

6. **RESPITE CARE:**  We will pay a benefit when Respite Care is provided.  If Respite Care is delivered in a Nursing Home, We will pay the Daily Maximum benefit for Nursing Home Care for each day You are Confined in the Nursing Home.  If Respite Care is delivered as Home Health Care, We will pay the lesser of: 1) the Daily Maximum Benefit for Home Health Care set forth in the Policy Schedule; or 2) the Reasonable Charge incurred.  The Respite Care Benefit is limited to 30 days per calendar year.  Unused days cannot be carried over into the next calendar year.  The Elimination Period does not apply to this benefit.

7. **CAREGIVER TRAINING:**  If You require Long Term Care and would otherwise receive Long Term Care benefits under this policy, We will pay the Reasonable Charge incurred for Caregiver Training, not to exceed a one time maximum of 5 times the Home Health Care Daily Maximum Benefit.  The Elimination Period does not apply to this benefit.  The Caregiver Training benefit will only be payable if the care provided will make it possible for You to return to or remain at Home where You can be cared for by an Informal Caregiver.

8. **MEDIC ALERT:**  We will pay a benefit for the rental or lease of a Medic Alert System for You while You are receiving Home Health Care benefits under this policy.  The benefits will be equal to the actual charge incurred for the Medic Alert System, not to exceed $25 per month.  The benefit will only be paid for a Medic Alert System installed in Your Home while this policy is in force.  We will not pay for any charges for normal telephone service while the Medic Alert System is installed or for a home security system.  The Elimination Period does not apply to this benefit.

---

## SECTION III: LIMITATIONS OR CONDITIONS FOR ELIGIBILITY OF BENEFITS
**This section states the conditions under which payment will not be made even if You otherwise qualify for benefits.**

---

### LIMITATIONS OR CONDITIONS FOR ELIGIBILITY OF BENEFITS

Our payment of any benefit under this policy is subject to the following:  A) the Loss must be incurred after the policy's Effective Date and while the policy is in force; B) You must satisfy the Elimination Period set forth in the Policy Schedule; and C) if You are receiving Home Health Care, it must be provided in Your Home by an Approved Health Care Practitioner who is not a member of Your Immediate Family.  Benefits are also subject to the Maximum Benefit Periods set forth in the Policy Schedule.

In addition, You must satisfy one of the following requirements with regard to Nursing Home Care or Home Health Care: 1) You must be unable to perform, without the supervision or hands-on services of another person, two or more Activities of Daily Living (ADL's): or  2) You must require continuous supervision due to a Cognitive Impairment.

In order to qualify, Your Physician must certify to the inability to perform two or more Activities of Daily Living; or Your Physician must perform such tests as are in accordance with accepted standards of medical practice, and based on such tests, certify to the existence of Cognitive Impairment.

With regard to the Assisted Living Facility Benefit, You must satisfy the requirements of:  1) or 2) above.  In order to qualify, a registered nurse or a licensed social worker must certify to the inability to perform two or more Activities of Daily Living; or a registered nurse or a licensed social worker must perform such tests as are in accordance with accepted standards of medical practice, and based on such tests, certify to the existence of Your Cognitive Impairment.

Benefits are not payable for any period of time, during which Nursing Home Care, Home Health Care, or Assisted Living is not required. Benefits are not payable for any period of time during which Your status at any Assisted Living Facility is considered to be that of an independent resident.

## EXCLUSIONS

Benefits are not payable for Loss which is a result of: 1) mental, nervous or emotional disorders without demonstrable organic origin (Note: This exclusion does not apply to Alzheimer's Disease or other organic brain syndrome. These diseases are covered by the policy like any other sickness subject to the Pre-Existing Condition Limitation.); 2) Alcoholism and drug addiction; 3) declared or undeclared war or act thereof; 4) Your participation in a felony, riot or insurrection; 5) attempted suicide or intentionally self-inflicted injury; and 6) Injury or Sickness for which a benefit is payable under any Worker's Compensation or Occupational Disease Law. In addition, this policy does not pay benefits if You would not be legally obligated to pay for the care or service in the absence of this insurance.

To the extent a benefit is available to You under Medicare (The Health Insurance for the Aged Act, Title XVIII of the Social Security Amendments of 1965, as Amended), coverage will not be duplicated under this policy, unless to so coordinate with Medicare benefits would violate any applicable Federal or state law.

## PRE-EXISTING CONDITIONS LIMITATION

We will not pay benefits for a loss or confinement which is the result of a Pre-existing Condition unless the loss commences 6 months following the Effective Date of Coverage shown in the Policy Schedule. However, providing incorrect information may cause Your policy to be voided.

---

### SECTION IV: ADDITIONAL FEATURES
**This section provides You with information about the additional features of Your Policy.**

---

## RESTORATION OF BENEFITS

If You receive Long Term Care Benefits under the policy, but recover sufficiently to no longer require Long Term Care, We will restore Your Long Term Care Maximum Benefit Period to its full original maximum, each time the following qualifications are met: 1) You have not received any Long Term Care for a period of 180 consecutive days: and 2) a Physician must certify that You recovered sufficiently to no longer require any Long Term Care and that You were not advised to obtain any Long Term Care. This provision does not apply separately to the Adult Day Care and Hospice Service Maximum Benefit Periods. However, if You qualify for restoration of the Long Term Care Maximum Benefit Period, the Adult Day Care and the Hospice Service Maximum Benefit Periods will also be restored to its full original maximum. There is no limit to the number of times the Long Term Care Maximum Benefit Period may be restored.

## WAIVER OF PREMIUM BENEFIT

We will waive the payment of each premium coming due after benefits have been payable under this policy for at least 90 continuous days and while You continue to receive Long Term Care on a continuous basis (for Home Health Care, at least 5 days per week). The premium payment waived will be the premium based on Your last mode of payment prior to the time Your benefits commenced. Premium will be payable again on the premium due date next following the date You no longer receive Long Term Care on a continuous basis.

## COVERAGE FOR ALZHEIMER'S DISEASE AND
## OTHER FORMS OF COGNITIVE IMPAIRMENT

Your policy provides benefits, subject to all the provisions of this policy, for nervous or mental disorders of organic origin, including Alzheimer's Disease, Cognitive Impairment and related progressive degenerative dementia's of an organic origin such as the following by way of example only: a) Parkinson's Disease, b) Huntington Disease, c) Creutzfeldt-Jakob Disease, d) Picks Disease, e) Multiple-Infarct Dementia, f) Normal Pressure Hydrocephalus, g) Multiple Sclerosis, and h) Inoperable tumors of the brain.

### EXTENSION OF BENEFITS

Termination of coverage for any reason, including, but not limited to, failure to pay premiums when due, shall be without prejudice to any continuous claim for benefits for a Loss covered by this policy which began while this policy was in force, subject to the policy's Maximum Benefit Period provisions.

### NO NEED FOR HOSPITALIZATION

You are not required to be hospitalized before receiving benefits under this policy.

---

## SECTION V:  CLAIMS

---

**NOTICE OF CLAIM:**  We must receive written notice of claim within six months of the date of Loss, if not, as soon as reasonably possible.  Notice must identify You and be sent to the Home Office or Your agent.

**CLAIM FORMS:**  We will furnish forms to prove Loss.  We will do so upon our receipt of notice of claim.  If forms are not furnished within 15 days, You will be considered to have complied, within the time for filing proof.

**PROOF OF LOSS:**  You must give Us written proof of Loss within six months of the Loss occurring.  If You have a good reason for not doing so, We will not contest the claim.  However, You must give Us proof no later than 1 year from the time normally required unless You are legally incapable of doing so.

**TIME OF PAYMENT OF CLAIMS:**  We will pay Your claim immediately upon receipt of written Proof Of Loss.

**PAYMENT OF CLAIMS:**  All benefits will be payable to You, unless You request payment to a third party. Any accrued benefits unpaid at Your death will be paid to Your estate.

**PAYMENT TO STATE:**  Payment shall be made to the Texas Department of Human Resources for the actual cost of medical expenses the department pays through medical assistance for You that would otherwise be paid by this Policy.

**PHYSICAL EXAMINATION:**  At our expense, We shall have the right and opportunity to examine You when and as often as We may reasonably require while a claim is pending or after notice of claim is given.

# SECTION VI: GENERAL PROVISIONS

**THIRD PARTY NOTICES:**   You have the right to designate at least one (1) person who is to receive notice of cancellation of Your policy for the nonpayment or premiums.  Designation of this person does not constitute acceptance of any liability by this person for services provided to You.  Your written designation shall include the person's full name and home address and shall become part of Our records.  We shall notify You of the right to change this written designation at least once every year unless You decline to do so in Your application, however, You may change the written designation at any time.

If You elect to designate such a person, Your policy cannot be canceled for nonpayment of premium unless We have notified You and the designated person(s) at least thirty (30) days in advance of the cancellation date. Notice shall be given by first class United States mail and notice may not be given until thirty (30) days after a premium is due and unpaid.  Notice be deemed to have been given as of five (5) days after the date of mailing to a third party.

If You do not elect to designate a third party to receive notice of cancellation for nonpayment of premium, a written waiver dated and signed by You will become part of Our records.

**TIME LIMIT ON CERTAIN DEFENSES:**  a) After six month from the Effective Date of coverage, no misstatements, except fraudulent ones, made in the application may be used to void this policy or that coverage, or deny a claim for Loss incurred commencing after the six month period.  b) No claim for Loss incurred commencing six month after the Effective Date of coverage shall be reduced or denied because a sickness or physical condition had existed prior to the Effective Date of coverage.

**GRACE PERIOD:**  A grace period of 31 days is granted for the payment of each premium due after the first premium, during which time the policy continues in force.  When a claim is paid, any premium due and unpaid may be deducted from the claim payment.

**REINSTATEMENT:**  If the Renewal Premium is not paid before the Grace Period ends, this policy will lapse. Later acceptance of the premium by Us, or by Our agent authorized to accept payment, without requiring an application for reinstatement, will reinstate the policy.  If We require a reinstatement application, You will be issued a conditional receipt for the premium.  If We approve Your reinstatement application, the policy will be reinstated as of the date of Our approval.  If We disapprove Your application, We must do so in writing within 30 days of the conditional receipt.  Otherwise, Your policy will be reinstated 30 days after the date of the conditional receipt.  The reinstated policy will cover only Loss resulting from accidental injury as may occur after the date of reinstatement and Loss due to Sickness as may begin more than 10 days after that date.  In all other respects, both Your rights and Our rights under the policy will be the same as before termination, subject to any provisions endorsed hereon or attached in connection with the reinstatement.  Any premiums We accept for a reinstatement will be applied to a period for which premiums have not been paid.  No premium will be applied to any period more than 60 days before the date of reinstatement.

**CONTINUATION OF COVERAGE FOR COGNITIVE IMPAIRMENT OR LOSS OF FUNCTIONAL CAPACITY, INCLUDING ALZHEIMER'S DISEASE:**  Within 6 months after the policy lapses for nonpayment of the Renewal Premium, You or any authorized person acting on Your behalf, may request reinstatement of the policy if You were diagnosed as having a Cognitive Impairment or the loss of Functional Capacity at the time the policy lapsed.  We may request that a Physician certify that diagnosis of Cognitive Impairment or the loss of Functional Capacity was established at the time the policy lapsed.  Upon receipt of such certification, the policy will be reinstated without evidence of insurability.  The reinstated policy will cover Loss which occurred from the date the policy lapsed at the same level of benefits provided prior to reinstatement.  Premium must be paid from the date of the last premium payment prior to reinstatement.

# SECTION VII: GENERAL CONTRACT PROVISIONS

**LEGAL ACTIONS:**  No legal or equitable action may be brought to recover on this policy sooner than 60 days after written Proof of Loss has been furnished to Us.  No action may be brought after 3 years from the time written proof of Loss is required to be given.

**MISSTATEMENT OF AGE:**  If Your age has been misstated, all amounts payable shall be such as the premium paid would have purchased at the correct age.

**UNPAID PREMIUM:**  Any premium which is due and unpaid may be deducted from a claim payment.

**ENTIRE CONTRACT:** This policy along with the application and any attached papers, constitutes the entire contract between You and Us.  No change is valid until: 1) approved by one of our executive offers; and 2) endorsed hereon or attached hereto.  No agent has authority to change this policy or waive any of its provision.

**CONFORMITY WITH STATE STATUTES:**  Any provision of this policy which, on its effective date is in conflict with the statutes of the state in which the insured resides on such date is hereby amended to conform to the minimum requirements of such statutes.

**Please keep this policy in a safe place with Your other important documents.**

**SIGNED FOR THE DALLAS GENERAL LIFE INSURANCE COMPANY**

PRESIDENT                    CORPORATE  SECRETARY

COUNTERSIGNED  _____
                LICENSED RESIDENT AGENT (WHERE REQUIRED BY LAW)

LTC-4

Here
is your
personal
identification
card

**Dallas General Life
Insurance Company**
P.O. Box 368
Warrington, PA 18976-0368
800-659-9295

Policy Number ——— 32134 ————————————
LTC-4/LONG TERM CARE
Policy Plan ——— HOME HEALTH CARE —————
JOHNNIE W. DEAL
Name ——————————————————————
Signature———————————————————————

Here
is your
personal
identification
card

**Dallas General Life
Insurance Company**
P.O. Box 368
Warrington, PA 18976-0368
800-659-9295

Policy Number ——— 32133 ————————————
LTC-4/LONG TERM CARE
Policy Plan ——— HOME HEALTH CARE —————
NINA M. DEAL
Name ——————————————————————
Signature———————————————————————

Exh.2.7 A

Case 2:00-cv-00001   Document 1   Filed in TXSD on 01/03/2000   Page 44 of 62





# American Fidelity & Liberty Insurance Company

Its about trust.
It's about stability.
It's about integrity.

*W*hen you have questions or when you need coverage, it's about service - helpful, reliable and friendly.

As an insurance company, American Fidelity & Liberty is committed to providing a full array of long term care, nursing home and health care needs coverage options. As people, we're committed to giving you value and service.

American Fidelity & Liberty Insurance Company. Simply put, we're about peace of mind.

## Our Mission:

To exceed the expectations of the people we serve.

**Take a Closer Look . . . Now with Streaming Video!**





Exhibit E

1/2/00

Case 2:00-cv-00001   Document 1   Filed in TXSD on 01/03/2000   Page 45 of 62

# American Fidelity & Liberty Insurance Company
1800 Street Rd.
Warrington, PA 18976

*Specializing in Long-Term Care Coverage*
**1-800-659-9206**

aflpo@aflltc.com

1/2/00

Case 2:00-cv-00001   Document 1   Filed in TXSD on 01/03/2000   Page 46 of 62

**Products**

# It's No Secret Anymore...

*American Fidelity & Liberty is one of the fastest growing Long Term Care companies in the nation.*
*Here's why:*

# It's Service...

- We offer you the finest service in the industry.
- A REAL HOME OFFICE with a dedicated staff.
- Most of your cases are issued within 72 hours.
- No automatic answering machines...real people taking your calls.
- Lifestyle underwriting approach.
- No-hassle home office support

# It's Product...

- **LTC-4** Our Comprehensive Benefit Policy.
  Takes care of your client in a facility or at home.
- **LTC-4-1** Our Long Term Care Only policy. It is loaded with features such as assisted living facilities.
  This policy is very affordable.
- **LTC-5** Our Basic Long Term Care Policy. It includes benefits for Adult Day and Respite Care. Assisted Living Facility Benefits are also available.
- **HHC-4** Our Home Health Care Policy. We feel this is the best Home Health Care program in the market.
  Includes coverage for Friends or Family members.
- **LTC-93** A stand alone Long Term Care Policy that is hard to beat.
  Pre-existing condition covered immediately.
- **HIP-97** Hospital Indemnity. This is Hospital Indemnity product loaded with benefits including Home Health Care and Extended Nursing Home Care.

## American Fidelity & Liberty Insurance Company
1800 Street Rd.
Warrington, PA 18976

aflpo@aflltc.com

⌐ **Yes! I want to discover the difference.**

**ACT NOW!!!** Respond <u>today</u> to receive our special sales kit - or **CALL** (800)755-2881

Please check the applicable box:

I am a ☐ Broker   ☐ Agent   ☐ General Agent with ☐   Sub-Agents. ☐ Other: ☐

My Primary market is:   LTC ☐ Other: ☐

Name:*

Address:

City/ST/Zip:

Home #:                    Best time to call:

Business #:                Best time to call:

Fax #:                     E-Mail:*

Comments:

\* = Required Field

**Don't Delay! Respond Here Now...**

# American Fidelity & Liberty Insurance Company
1800 Street Rd.
Warrington, PA 18976

*Specializing in Long-Term Care Coverage*
**1-800-659-9206**

aflpo@aflltc.com





# American Fidelity & Liberty Insurance Company

**Its about a long tradition of service.**





*A*t American Fidelity & Liberty, we have a long tradition of service. We have made it our business to understand the health care needs and concerns of people just like you, all across America.

We know you demand service: accurate, timely attention to your concerns and questions. You look for a company responsive to your inquiries and needs. You demand integrity and total conviction of a company that scrupulously puts your interests first. Frankly, you deserve just that. Other companies will talk about service. But we stand by our commitment - call us anytime if questions arise about your policy. We always have time for you. And that is what people have come to expect from American Fidelity & Liberty.

*W*hat's more, we have done extensive research to learn about the health care needs and wants of people looking into the future five years, 10 years, and 25 years. And we have talked to our customers. People like you.

What we have learned is no surprise. We're living longer, healthier, more productive lives. But Americans are concerned about the rising cost of health care and how it can affect their lives and the lives of their children.

If you're like most Americans, you are concerned about getting the best possible care when you need it - without hassles. You are concerned about making your own choices - should illness strike. Choices about whether you'll remain at home with care, or need long-term nursing home care. But will you have to spend your personal savings to get the care you need and deserve? The answer is no.

1/2/00

**At American Fidelity & Liberty we're here to help you focus of the opportunities to achieve peace of mind.**

**It's about strength and peace of mind...**



*A*t American Fidelity & Liberty, our financially sound investment philosophy gives you peace of mind. We have over 90% of our assets in government bonds or investment grade bonds. At American Fidelity & Liberty, we set our sights on safe, high quality investing.

Fact is, our Risk-Based Capital ratio is one of the soundest in the industry. That means if and when you should need coverage, you can count on us.

Over the years we have continued to raise the bar of our performance, still maintaining our commitment to tradition and stability.

*W*e have listened to the health care wants and needs of people across America.

It is our challenge to continually exceed the expectations of our customers.

American Fidelity & Liberty is here to serve your long-term health care needs.

To learn more, please call us at 1-800-659-9206

We look forward to helping you achieve peace of mind.

## New!
## American Fidelity & Liberty
## Insurance Company
### Introduction Video
**A 10 minute video introduction to
American Fidelity and Liberty Insurance Company.**

1/2/00

Case 2:00-cv-00001    Document 1    Filed in TXSD on 01/03/2000    Page 50 of 62

## 28.8 kbps Users

**Click Here** if you are using a 28.8 kbps modem

## 56 kbps Users

**Click Here** if you are using a 56 kpbs or better connection.



 **The video requires the Real Player 5.0 or better, from Real Networks. Click here to download the latest player.**

# American Fidelity & Liberty Insurance Company
**1800 Street Road**
**Warrington, PA 18976**

*Specializing in Long-Term Care Coverage*
**1-800-659-9206**

aflpo@aflltc.com

Fax 594-3879 Joyce
361-594-3879
361-594-3958 office

# EXPLANATION OF BENEFITS

ID NUMBER: SM

SHOULD YOU HAVE ANY QUESTIONS PLEASE CONTACT OUR OFFICE AT (800)659-9206.

TO: NINA DEAL                    DALLAS GENERAL LIFE INSURANCE CO
    RT 3 BOX 430                 1800 STREET ROAD
    CORPUS CHRISTI, TX 78415     WARRINGTON, PA 18976

INSURED: NINA M DEAL             POLICY NUMBER: 32133

PROCESS DATE: 09-21-99

| POLICY NO. | PLAN | BENCD | SVC.FROM | SVC.TO | BENEFIT AMT. | COIN% | NETS |
|------------|------|-------|----------|--------|--------------|-------|------|
| 32133 | 1086 | LTC | 05/24/99 | 07/31/99 | .00 | 100 | .00 |
| TOTALS : | | | | | $.00 | | $.00 |

CHECK ISSUED TO: NINA M DEAL
CHECK AMT : $.00

TOTAL AMOUNT PAID TO DATE FOR THIS CLAIM : $.00

POLICY SERVICE NOTES:

649      YOUR PHYSICIAN CERTIFIED SERVICES OF A HOME HEALTH CARE PRACTITIONER
         THAT IS NOT COVERED UNDER YOUR POLICY. THEREFORE, NO BENEFITS ARE
         PAYABLE FOR THIS CLAIM.

Janet Dailey "Sherry" said:
Greg Thomas Home health care person
(Bertha) is not certified
She must be either certified
or under the supervision
of a "certified health care
person.

NINA DEAL
RT 3 BOX 430
CORPUS CHRISTI, TX 78415

Exhibit

**American Fidelity & Liberty Insurance Company**

AF&L Insurance Company in OK

P.O. Box 368
1800 Street Road
Warrington, PA 18976-0368

NINA M. DEAL
RT 3 BOX 430
CORPUS CHRISTI, TX   78415

78415-3701

*Exhibit* G

**AMERICAN FIDELITY & LIBERTY INSURANCE COMPANY**
**1800 STREET ROAD**
**WARRINGTON PA 18976**
Home Health Claim Information
**Phone: 800-659-9206 - Fax 215-918-0565**

## HOME HEALTH CARE PHYSICIAN'S CERTIFICATION

Follow these easy instructions for prompt processing:

1. Complete Part I. Sign and date the "Patient's Authorization" statement.
2. Have your physician complete both pages of Part II certifying your home health services.
3. Attach copies of Home Health bills showing the dates and hours of services, itemized charges and progress notes.
4. Mail completed forms to **American Fidelity & Liberty Insurance Company Claims Department**

### PART I.  POLICYHOLDER INFORMATION

List all policy numbers: #_____ #_____ #_____ #_____

Claimant Name_____ Date of Birth_____

Address_____

City_____ County_____ State_____ Zip_____

Telephone (    )_____ S.S.#_____

Home Health Provider/Agency_____

City_____ State_____ Telephone (    )_____

### PATIENT'S AUTHORIZATION TO AMERICAN FIDELITY & LIBERTY INSURANCE COMPANY

I hereby authorize all physicians, hospitals, clinics, medical practitioners, dispensaries, nursing homes, home health care agencies, or other medical or medically related facilities (including other insurance companies, Blue Cross-Blue Shield), employer, or governmental agency to permit AMERICAN FIDELITY & LIBERTY INSURANCE COMPANY or its representative to obtain or review a copy of your records pertaining to the examination, treatment, history, prescription and medical expenses of the undersigned.  A photostatic copy of this authorization shall be as valid as the original.

Date _____ Signature X_____

**Warning:** Any Person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete, or misleading information, or conceals information concerning any fact, commits a fraudulent insurance act, which is a violation of the law.

### PART II.  ATTENDING PHYSICIAN'S STATEMENT
This section must be completed and signed by the physician ordering home health services.

Patient Name_____

Hospital/SNF/Rehab admission in past 6 months:

| Institution | City/State | Date Admitted | Date Discharged |
|---|---|---|---|
| | | | |
| | | | |

Diagnosis for hospitalization or admission:_____

Past medical history including diagnosis with date of onset:_____

ClubPDF • www.fesko.com

## PART II.  ATTENDING PHYSICIAN'S STATEMENT - CONTINUED
Patient's Name

### FUNCTIONAL ABILITIES
Indicate the level of assistance your patient requires with the following activities:

| Activities of Daily Living | No Assistance | Needs Assistance | Total Assistance | Instrumental Activities of Daily Living | No Assistance | Needs Assistance | Total Assistance |
|---|---|---|---|---|---|---|---|
| Eating | — | — | — | Housekeeping | — | — | — |
| Toileting | — | — | — | Meal Preparation | — | — | — |
| Dressing | — | — | — | Shopping | — | — | — |
| Bathing | — | — | — | Transportation | — | — | — |
| Ambulation | — | — | — | Managing Medicines | — | — | — |
| Transfer | — | — | — | Laundry | — | — | — |

Bowel/Bladder:    Continent ___    Incontinent ___    Foley Catheter ___    Ostomy ___
Vision:    Normal/corrected ___    Impaired ___    Blind ___
Hearing:    Normal/corrected ___    Impaired ___    Deaf ___

Mental Status:    Alert & Oriented ___    Forgetful* ___    Confused* ___    *Please specify test results used in diagnosing
Cognitive Impairment: _____

_____

What equipment does this patient use?  Cane ___   Walker ___   Bedside Commode ___   Wheel Chair ___   Hospital Bed ___
Seat Lift Chair ___   Hoyer Life ___   Raised Toilet Seat ___

### HOME HEALTH PLAN OF CARE
Certification Date _____    To _____
What is the primary diagnosis for home health care?_____

_____

Prognosis: Excellent ___    Good ___    Fair ___    Poor ___

Recommended Level and Frequency of care:
Skilled services ___    RN ___    LPN ___    PT ___    OT ___    ST ___
Hours/Day_____    Days/Week_____    Weeks _____

Home Health Aide or CNA ___
Hours/Day_____    Days/Week_____    Weeks _____

Homemaker or Companion ___
Hours/Day_____    Days/Week_____    Weeks _____

### Attending Physician's Certification
I certify that the Home Health Services indicated above are medically necessary and are authorized by me with a written plan of care which will periodically be reviewed.  This patient is under my care and is in need of the services specified.  I give permission for an in-home assessment by a home health professional on this patient.

Physician Signature_____    Date Signed_____
Physician Name_____    Tax ID #_____
Address_____    Telephone # ( )_____
City_____  State_____  Zip_____    Fax # ( )_____

Warning: Any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete, or misleading information, or conceals information concerning any fact, commits a fraudulent insurance act, which is a violation of the law.
CLHHC1-3/98

8-11-99

TO: American Fidelity & Liberty Ins. Co.
1800 Street Rd.
Warrington, Pa. 18976

FROM: Monte Deal
Rt 3 Box 435
Corpus Christi, TX 78415
Ph. 361-265-0138 (also fax #)

RE: Home Health Care Physician's Certification
Nina M. Deal
Policy # 32133

To Whom Concerned:
Please find enclosed the exact form that you are requesting that I sent to Dallas General Life Ins. Co. (your sister company). Rather than duplicate the whole process, I am sending you the original authorization form that has been done by Mrs. Deal's physician. It is identical to yours. If you have questions, please fax me. Thank you.

Monte Deal

ADVANTAGE MARKETING                    PHONE NO. : 817 731 7555        May. 05 1999 01:25PM P3
DALLAS GENERAL LIFE INSURANCE COMPANY

Long Term Care Divisional Office
P.O. Box 368
1800 Street Road
Warrington PA 18976-0368
(800) 639-9206

## HOME HEALTH CARE PHYSICIAN'S CERTIFICATION

Follow these easy instructions for prompt processing:
1. Complete Part I. Sign and date the "Patient's Authorization" statement.
2. Have your physician complete both pages of Part II certifying your home health services.
3. Attach copies of Home Health bills showing the dates and hours of services, itemized charges, and progress notes.
4. Mail completed forms to  Dallas General Life Insurance Company

### PART I.  POLICYHOLDER INFORMATION

List all policy numbers:  # _32133_ ___ * _____ # _____

Claimant Name _NINA M. DEAL_ ___ Date of Birth _10-23-22_

Address _Rt. 3 Box 430_

City _CORPUS CHRIST_ County _NUECES_ State _TX_ Zip _78415_

Telephone (_361_) _265-9397_ S.S.# _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_

Home Health Provider/Agency _____

City _____ State _____ Telephone ( )_____

### PATIENT'S AUTHORIZATION TO DALLAS GENERAL LIFE INSURANCE COMPANY

I hereby authorize all physicians, hospitals, clinics, medical practitioners, dispensaries, nursing homes, home health care agencies, or other medical or medically related facilities (including other insurance companies, Blue Cross-Blue Shield), employer, or governmental agency to permit    DALLAS GENERAL LIFE INSURANCE COMPANY    or its representative to obtain or review a copy of your records pertaining to the examination, treatment, history, prescription and medical expenses of the undersigned. A photostatic copy of this authorization shall be as valid as the original.

DATE _____ SIGNATURE X _Nina M. Deal_

Warning: Any Person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete, or misleading information  or conceals information concerning any fact, commits a fraudulent insurance act, which is a violation of the law.

### PART II. ATTENDING PHYSICIAN'S STATEMENT
This section must be completed and signed by the physician ordering home health services.

Patient Name _Deal, Nina_

Hospital/SNF/Rehab admission in past 6 months:

| Institution | City/State | Date Admitted | Date Discharged |
|---|---|---|---|
|  |  |  |  |

Diagnosis for hospitalization or admission:  (R) hip surgery

Past medical history, including diagnosis with date of onset: _HTN, degenerative joint d_ _carotid stenosis, atherosclerosis, hypercholesterol_

CLHHC1-9/97

## FUNCTIONAL ABILITIES

Indicate the level of assistance your patient requires with the following activities:

### Activities of Daily Living

| | No Assistance | Needs Assistance | Total Assistance |
|---|---|---|---|
| Eating | | | |
| Toileting | | ✓ | |
| Dressing | | ✓ | |
| Bathing | | ✓ | |
| Ambulation | | | |
| Transfer | | ✓ | |

### Instrumental Activities of Daily Living

| | No Assistance | Needs Assistance | Total Assistance |
|---|---|---|---|
| Housekeeping | | | ✓ |
| Meal Preparation | | | ✓ |
| Shopping | | | ✓ |
| Transportation | | | ✓ |
| Managing Medicines | | | ✓ |
| Laundry | | | |

Bowel/Bladder:  Continent ✓   Incontinent ☐   Foley Catheter ☐   Ostomy ☐

Vision:  Normal/corrected ☐   Impaired ☐   Blind ☐

Hearing:  Normal/corrected ☐   Impaired ☐   Deaf ☐

Mental Status:  Alert & Oriented ☐   Forgetful ☐   Confused ☐   *Please specify test results used in diagnosing Cognitive Impairment: _____

What equipment does this patient use?:  Cane ☐   Walker ✓   Bedside Commode ☐   Wheel Chair ✓
Hospital Bed ☐   Seat Lift Chair ☐   Hoyer Lift ☐   Raised Toilet Seat ☐

---

## HOME HEALTH PLAN OF CARE

Certification Date _____  To _____

What is the primary diagnosis for home health care? _____

Prognosis:  Excellent ☐   Good ✓   Fair ☐   Poor ☐

Recommended Level and Frequency of care:

✓ Skilled services:  RN ☐   LPN ☐   PT ✓   OT ✓   ST ☐
hours/day _____   days/week _____   weeks _____

✓ Home Health Aide or CNA
hours/day _____   days/week _____   weeks _____

☐ Homemaker or Companion
hours/day _____   days/week _____   weeks _____

### Attending Physician's Certification

I certify that the Home Health Services indicated above are medically necessary and are authorized by me with a written plan of care which will periodically be reviewed. This patient is under my care and is in need of the services specified. I give permission for an in-home assessment by a home health professional on this patient.

Physician Signature  *M. Buzo MD*   Date Signed  6/11/99

Physician Name  M. BLAZO, M.D.   Tax ID # _____

Address  5920 SARATOGA BLVD #640   Telephone # (361) 992-5253

City CORPUS CHRISTI  State TX  Zip 78414   Fax # (361) 992-5653

Warning: Any Person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete, or misleading information, or conceals information concerning any fact, commits a fraudulent insurance ... which is a violation of the law.

# DALLAS GENERAL LIFE INSURANCE COMPANY

P.O. Box 368 • Warrington, PA 18976-0368 • 1-800-659-9206



## REQUEST FOR POLICY CHANGES

### THE ENTIRE POLICY IS REQUIRED TO BE RETURNED, FOR CHANGES TO BE MADE.

Use this Change Form to promptly request change in benefits or change in medical conditions.

POLICYOWNER_____    POLICY NUMBER _____

### COMPLETE APPLICABLE INFORMATION BELOW

| BENEFITS: | DESCRIPTION | FROM | TO |
|---|---|---|---|
| | Benefit Amount | $ | $ |
| | Benefit Period | | |
| | Elimination Period | | |
| | Riders | _____ | _____ |
| | | _____ | _____ |
| | Other | | |

**RENEWAL PREMIUM:**    Initial Premium: $_____    New Premium: $_____

Amount Submitted: $_____    Balance Due:  $_____

**EFFECTIVE DATE:**    Reason:_____    From: _____  To:_____

| ADDITIONAL MEDICAL INFORMATION: | Condition | Medication | Dosage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

It is understood that these changes shall not take effect unless this form is received and approved by American Fidelity & Liberty Insurance Company.  The Policyowner will be notified by the Company of the changes after such receipt and validation.

Dated at _____  this _____ day of _____.

_____    _____
(Signature of Agent)                    (Signature of Policyowner)

| Home Office Use Only | Approved By_____ |
|---|---|
| | Approved On_____    These change will take effect as of _____ |

NB1001

Exhibit T



# DALLAS GENERAL LIFE INSURANCE COMPANY

P.O. Box 368 • Warrington, PA 18976-0368 • 1-800-659-9206



## REQUEST FOR POLICY CHANGES

### THE ENTIRE POLICY IS REQUIRED TO BE RETURNED, FOR CHANGES TO BE MADE.

Use this Change Form to promptly request change in benefits or change in medical conditions.

POLICYOWNER_____ POLICY NUMBER _____

### COMPLETE APPLICABLE INFORMATION BELOW

| BENEFITS: | DESCRIPTION | FROM | TO |
|---|---|---|---|
| | Benefit Amount | $ | $ |
| | Benefit Period | | |
| | Elimination Period | | |
| | Riders | _____ | _____ |
| | | _____ | _____ |
| | Other | | |

| RENEWAL PREMIUM: | Initial Premium: $_____ | New Premium: $_____ |
|---|---|---|
| | Amount Submitted: $_____ | Balance Due: $_____ |

**EFFECTIVE DATE:**  Reason:_____ From: _____ To:_____

**ADDITIONAL MEDICAL INFORMATION:**

| Condition | Medication | Dosage |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

It is understood that these changes shall not take effect unless this form is received and approved by American Fidelity & Liberty Insurance Company.  The Policyowner will be notified by the Company of the changes after such receipt and validation.

Dated at _____ this _____ day of _____.

_____          _____
(Signature of Agent)                            (Signature of Policyowner)

| Home Office Use Only | Approved By_____ | |
|---|---|---|
| | Approved On_____ | These change will take effect as of _____ |

NB1001

CNNPDF - www.fexno.com

# David A. Sibley
## Attorney At Law
Monday, January 3, 2000

**VIA CERTIFIED MAIL NO. P 364 902 688**

American Fidelity & Liberty Insurance Company
c/o Prentice-Hall Corporation System, Inc.
800 Brazos
Austin, Texas 78701

Re:   Nina Mae Deal
      Johnnie W. Deal
      [Attached Complaint and Exhibits A-I]

Dear Ladies and Gentlemen:

This is a notice letter under Article 21.21 of the Texas Insurance Code.

1.   You made a misrepresentation "to any policyholder insured in any company for the purpose of inducing or tending to induce such policyholder to lapse, forfeit, or surrender his insurance.
     [Article 21.21 Section 4(1)]

2.   You misrepresented "to a claimant a material fact or policy provision relating to coverage at issue."
     [Article 21.21 Section 4(10)(a)(i)]

3.   You failed to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which [your] liability has become reasonably clear.
     [Article 21.21 Section 4(10)(a)(ii)]

4.   You failed to provide promptly to a policyholder a reasonable explanation of the basis in the policy, in relation to the facts and applicable law, for the insurer's denial of a claim ....
     [Article 21.21 Section 4(10)(a)(iv)]

5.   You refused to pay a claim without conducting a reasonable investigation with respect to the claim.
     [Article 21.21 Section 4(10)(a)(viii)]

6.   You made an untrue statement of material fact.
     [Article 21.21 Section 4(11)(a)]

1

7.     You failed to state a material fact that is necessary to make other statements made not misleading considering the circumstances under which the statements were made.
[Article 21.21 Section 4(11)(b)]

8.     You made a statement in such a manner as to mislead a reasonably prudent person to a false conclusion of a material fact.
[Article 21.21 Section 4(11)(c)]

9.     You made a material misstatement of law.
[Article 21.21 Section 4(11)(d)]

10.    You failed to disclose a matter required by law to be disclosed.
[Article 21.21 Section 4(11)(d)]

Further, you violated the Texas Deceptive Trade Practices Act by engaging in an unconscionable course of action. The Deals acted in reliance.

Factual details of the Deals' complaints are set forth in extensive detail including documentation in the attached complaint filed in Federal Court on this same day.

The Deals have suffered actual damages as a result of your conduct described above and more specifically described in the attached complaint, including the premiums they paid. Further, the Deals have suffered tremendous mental anguish. You promise with your insurance to provide peace of mind. Yet, you in fact create substantial mental anguish.

The Deals seek their actual damages including mental anguish and attorneys' fees in the total amount of $200,000. Further, at trial, the Deals will ask for treble damages due to the "knowing" nature of your violations. Further, Deals will request court costs and interest. Of course, the Deals on their fraud claims will seek exemplary damages.

Interestingly, the Insurance Code allows the Trial Court to impose "any other relief which the court deems proper." The Deals will ask the Court to require you to advertise extensively in publications for the elderly and on your web site and to mail brochures to your existing policy holders and all your applicants for policies for the next 10 years explaining among other things the terms of your policies, your claims paying and denying statistics, the fact that you have been found guilty of fraud by a jury, the remedies available for fraud, and how people particularly the elderly can protect themselves from frauds like you.

I have spoken with the Deals and their son extensively about this situation. The Deals are very nice people. They are exactly what everybody would consider to be perfect grandparents. What you did was very wrong, and I feel the Deals have a very good case not just for recovery of actual damages but for substantial treble and exemplary damages.

2

However, the Deals have indicated to me that they will settle this case for far less than the actual value of their case if you settle this case immediately. Frankly, a lawsuit is not their idea of fun. If you want to pursue this discussion, please call me immediately. Their willingness to resolve this matter for less than the actual value of this case expires fourteen days before the initial pretrial conference scheduled in the existing litigation. Thereafter, their demand will be the full $200,000 set forth above for actual damages and attorneys' fees.

Please understand that the Deals will ask the Court for leave to amend their existing pleadings to include claims under the Texas Insurance Code and the Texas Deceptive Trade Practices Act when appropriate. I work very hard for my money as do most people. I take great offense at people essentially it appears to me stealing money from old people. I think nearly everybody on the jury and probably the judge will feel the same as me. Thanks.

Respectfully,

David Sibley