AO 440 (Rev. 10/93) Summons in a Civil Ac

# United States District Court

Southern DISTRICT OF Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED
JAN 25 2000
Michael N. Milby, Clerk

Nina Mae Deal,
Johnnie W. Deal

V.

American Fidelity &
Liberty Insurance
Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C-00-001**

TO: (Name and address of defendant)

American Fidelity & Liberty Insurance Company
c/o Prentice-Hall Corporation System, Inc.
800 Brazos, Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Sibley
Attorney At Law
P.O. Box 9610
Corpus Christi, TX 78469-9610
(361) 882-2377

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK                              1/3/00

CLERK                                                 DATE

_[signature]_

(BY) DEPUTY CLERK

3.

**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write "Return Receipt Requested" on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:

American Fidelity
Liberty Ins. Co.
c/o Prentice-Hall Corp.
800 Brazos
Austin, Texas 78701

4a. Article Number
P 364 902 688

4b. Service Type
- ☐ Registered
- ☒ Certified
- ☐ Express Mail
- ☐ Insured
- ☐ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery
JAN 6 2000

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)

PS Form 3811, December 1994        102595-99-B-0223    Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:

American Fidelity
Liberty Ins. Co.
c/o Prentice-Hall Corp.
800 Brazos
Austin, Texas 78701

4a. Article Number
P 364 902 688

4b. Service Type
- ☐ Registered
- ☒ Certified
- ☐ Express Mail
- ☐ Insured
- ☐ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery
JAN 6 2000

5. Received By: (Print Name)

6. Signature (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994    102595-99-B-0223    Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.