United States District Court
Southern District of Texas
Corpus Christi Division

Nina Mae Deal
Johnnie W. Deal

vs.

American Fidelity & Liberty
Insurance Company

No. 00-001
[Jury Requested]

United States District Court
Southern District of Texas
FILED
JAN 27 2000
Michael N. Milby, Clerk

# NOTICE OF SETTLEMENT

To the Honorable Court:

Nina Mae Deal and Johnnie W. Deal ("Deals") respectfully give notice of settlement. Final settlement papers will be filed promptly.

**Respectfully Submitted,**

_____
**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **NINA MAE DEAL** AND **JOHNNIE W. DEAL**

1

4

# CERTIFICATE OF SERVICE

On Thursday, January 27, 2000, I served this as follows:

**VIA TELECOPY NO. (215) 968-6833**
**Wayne Vosik**
**Attorney At Law**

_____
David Sibley

2

ClibPDF - www.fastio.com