United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

FEB 03 2000

Michael N. Milby, Clerk

Nina Mae Deal
Johnnie W. Deal

vs.

American Fidelity & Liberty
Insurance Company

No. 00-001
[Jury Requested]

## AGREED MOTION TO DISMISS

To the Honorable Court:

All parties respectfully request dismissal of this lawsuit with prejudice.

Respectfully Submitted,

*(signed) David Sibley*

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **NINA MAE DEAL** AND **JOHNNIE W. DEAL**

1

# CERTIFICATE OF SERVICE

On Thursday, February 3, 2000, I served this as follows:

### VIA TELECOPY NO. (215) 968-6833
**Wayne Vosik**
**Attorney At Law**

_____
David Sibley

2

# United States District Court
## Southern District of Texas
## Corpus Christi Division

Nina Mae Deal
Johnnie W. Deal

vs.

American Fidelity & Liberty
Insurance Company

No. 00-001
[Jury Requested]

## AGREED ORDER OF DISMISSAL

This case is dismissed in whole with prejudice.

SIGNED THIS ___ DAY OF _____, 2000

_____
U.S. District Judge

3