**United States District Court**
Southern District of Texas
Corpus Christi Division

Nina Mae Deal
Johnnie W. Deal

vs.

American Fidelity & Liberty
Insurance Company

No. 00-001
[Jury Requested]

United States District Court
Southern District of Texas
ENTERED

FEB - 7 2000

Michael N. Milby, Clerk of Court

# AGREED ORDER OF DISMISSAL

This case is dismissed in whole with prejudice.

SIGNED THIS 6th DAY OF February, 2000

_____
U.S. District Judge

3